Marc J. Randazza, AZ Bar No.: 27861
Ronald D. Green, *Pro Hac Vice*
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,
AMA Multimedia LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARCIN WANAT, a foreign citizen; John Does 1-25; and Roe Corporations 26-50,<br><br>Defendants. | Case No. 2:15-cv-01674-ROS<br><br>**PLAINTIFF'S STATEMENT REGARDING WEBSITE ACCESS THROUGHOUT PENDENCY OF CASE** |

Plaintiff AMA Multimedia, LLC ("AMA") hereby files its statement regarding its request that the Court order Defendant Marcin Wanat to permit Internet users in Arizona and Nevada to use the EPorner website for the duration of this litigation.

Plaintiff AMA initially filed suit against Defendant Wanat as a Doe Defendant, as he replaced his name on the registrations of the <eporner.com>, <epornergay.com>, and <eprncdn.com> domains (the "Domain Names") with that of a privacy service. In order to ascertain

Mr. Wanat's identity, Plaintiff moved this Court for early discovery. Specifically, it desired to subpoena the registrars and privacy services associated with the Domain Names. On September 23, 2015, this Court granted Plaintiff's request in part, providing AMA with leave to subpoena the registrar and privacy service located in Arizona. (*See* Doc. # 9.) At the time, this covered the <epornergay.com> and <eprncdn.com> domains, but not the <eporner.com> domain.

AMA served subpoenas upon the Arizona based registrar and privacy service on September 24, 2015. Immediately thereafter, the registrar and privacy service informed Plaintiff AMA that they would comply with the subpoenas but would first notify Mr. Wanat of the subpoenas to give him time to object. (*See* Doc. # 18-3.)

As soon as the registrar and privacy service informed Mr. Wanat of the lawsuit against him, he immediately took action consisting of a cynical effort to divest this Court of jurisdiction and frustrate Plaintiff's ability to pursue its case. Among other things, he immediately blocked Internet Protocol ("IP") addresses emanating from Arizona (where the Court is located) and Nevada (where Plaintiff and its counsel are located) from accessing the EPorner website. Defendant Wanat's only rational reason for doing so would be to block AMA's ability to monitor Wanat's continuing intellectual property infringements on the EPorner site and to hide evidence of his wrongdoing from Plaintiff and this Court.

On November 4, 2015, Plaintiff AMA filed a Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction. (*See* Doc. # 14.) It requested that the Court order Wanat to "restore access to the [EPorner website] to users located in the States of Arizona and Nevada." (*Id*. at 2.) On or about November 18, 2015, the Court granted Plaintiff AMA's Motion

for Temporary Restraining Order and gave it the requested relief. (*See* Doc. # 19, at 11-12.) The Court additionally ordered Wanat to show cause why a preliminary injunction should not issue by November 30, 2015 and AMA to explain the legal basis for requesting that Wanat be required to restore access to the EPorner website by December 1, 2015. (*See id*.)

Plaintiff requested that Wanat be required to restore access to EPorner to Arizona and Nevada residents solely to ensure that Plaintiff and the Court would be capable of monitoring the site during this litigation. Since then, Plaintiff has been able to access the site through a proxy, a service that allows Plaintiff to access EPorner using an IP address that does not originate from Arizona or Nevada. This permits the Plaintiff and its counsel to monitor the ongoing changes and ongoing infringements.

As long as Plaintiff is able to continue accessing the site through a proxy and the Court is comfortable with its access to the EPorner website being made through a proxy server, Plaintiff withdraws its request that Wanat be compelled to restore access to Arizona and Nevada residents. **Plaintiff does request that the remaining provisions of the Temporary Restraining Order be converted to a Preliminary Injunction for the entirety of this case**. It additionally requests that the Court admonish Wanat that he will face repercussions if he attempts to block AMA's ability to access EPorner through a proxy throughout the pendency of this litigation. Defendant Wanat has already demonstrated a willingness to act in bad faith and to frustrate Plaintiff's and the Court's ability to prosecute this lawsuit and such an instruction may be necessary in order for the Plaintiff and the Court to be able to access relevant evidence.

Dated: November 30, 2015                Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, AZ Bar No. 27861
Ronald D. Green, *Pro Hac Vice*
Randazza Legal Group, PLLC
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135

*Attorneys for Plaintiff,*
*AMA Multimedia, LLC*

Case No. 2:15-cv-01674-ROS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing is being served via electronic mail to:

**Marcin Wanat**
<marcin.wanat@gmail.com>
<eporner@eporner.com>
<contact@eporner.com>

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC