**JAKUB P. MEDRALA, ESQ.**
Pro Hac Vice
**SEAN L. AFRICK, ESQ.**
Pro Hac Vice
**Donath & Medrala, Prof. LLC**
1091 S. Cimarron Road, Suite #A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@domelaw.com
safrick@domelaw.com
*Attorneys for Defendant Marcin Wanat*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada Limited Liability Company,<br><br>   **Plaintiff,**<br><br>           vs.<br><br>MARCIN WANAT, a Foreign Citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,<br><br>   **Defendants.** | CASE NO.: 2:15-cv-01674-ROS<br><br>**DEFENDANT MARCIN WANAT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND RESPONSE TO AN ORDER TO SHOW CAUSE** |

COMES NOW, Defendant MARCIN WANAT ("Wanat" or the "Defendant") by and through his counsel of record, Donath & Medrala, Prof. LLC, and files his Motion to Dismiss the Plaintiff's Complaint for Lack of Personal Jurisdiction and responds to the Court's order to show cause why a preliminary injunction should not issue in the above-entitled case.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF FACTS

The instant action, which alleges claims of copyright infringement, trademark infringement, and unfair competition, was initiated by the Plaintiff on August 24, 2015. Prior to naming Defendant Wanat in its First Amended Complaint (Dkt. No. 10), Plaintiff filed for ex parte injunctive relief, which sought to deny use of the allegedly offending domains eporner.com, eprncdn.com, and epornergay.com. That request was denied by this Court for lack of a showing of irreparable harm (*See* Dkt. No. 9).

Ultimately, Plaintiff discovered the identity of the registrant of two of the domains it believes to be at issue, epornergay.com and eprncdn.com (collectively, "Wanat's domains"), as Defendant Marcin Wanat and was given permission by this Court to serve him via email.

Wanat, a Polish citizen, has virtually no connection to the United States. He has never visited the United States, does not do business in the United States, does not sell or advertise goods in the United States, does not pay taxes in the United States, and does not have any tangible or real property, or liquid assets, in the United States (*See* Declaration of Marcin Wanat, attached hereto as Exhibit A).

Wanat is not the registrant or owner of the domain eporner.com. Wanat's only connection to the United States is that he initially registered his two proxy domains with Godaddy.com, an Arizona corporation. Wanat's domains are hosted outside of the United States. Wanat's domains merely redirect users to the domain eporner.com. The domains

themselves are passive, containing no content. *Id.*

Shortly after learning of Wanat's identity, the Plaintiff renewed his motion for injunctive relief. This motion, which was filed under seal, is based on the additional facts that Wanat moved his registrations from Godaddy to a foreign registrar, and that eporner.com denied access to Nevada and Arizona Internet addresses. As a result of this, the Plaintiff alleges that injunctive relief is necessary to prevent Wanat from dissipating his assets.

Based on the Plaintiff's allegations in his renewed, ex parte motion, this Court granted the Plaintiff's relief, and ordered Wanat to show cause as to why a preliminary injunction should not issue for the remainder of the case. That Order was served on Wanat on November 24, 2015, almost a full week after Wanat had been served with the Complaint and only one judicial day before the deadline to respond to the order.

///

///

///

///

///

///

///

///

///

MOTION TO DISMISS AND RESPONSE TO ORDER TO SHOW CAUSE

# ARGUMENT

## I. The Defendant Had Insufficient Notice to Respond to the Motion for Preliminary Injunction.

"Notice and a meaningful opportunity to be heard are the hallmarks of procedural due process." *Ludwig v. Astrue*, 681 F.3d 1047, 1053 (9th Cir. 2012). In the present case, the Plaintiff has provided the Defendant with little notice and little opportunity for meaningful response to the request for injunctive relief.

Plaintiff AMA Multimedia LLC ("AMA" or the "Plaintiff") served Wanat by email on November 18, 2015 (*See* Randazza Emails, attached hereto as Exhibit B). The Court's Order, which was filed under seal, issued on November 17, 2015. Inexplicably, that Order, which required the instant response no later than November 30, 2015, was not provided to Wanat until November 24, 2015 (*See id.*). The Plaintiff's excuse for failing to provide the Order for an entire week was that it had not yet been received (*See Id.*).

Accordingly, the Defendant has had little opportunity to review the evidence or the arguments that the Plaintiff set forth in his Motion. Moreover, the Defendant has only been provided with one judicial day to file this response.[1]

For this reason alone, Wanat has demonstrated good cause as to why the Preliminary Injunction should not be granted until he has a more meaningful opportunity to review and respond to the Plaintiff's evidence and arguments. However, in the interim, Defendant will attempt to reply to the substance of the Order.

---

[1] Wanat received the Order on the afternoon of November 24. The Court was closed on Thursday and

MOTION TO DISMISS AND RESPONSE TO ORDER TO SHOW CAUSE

## II. This Court Should Dismiss the Plaintiff's Complaint Against Wanat for Lack of Personal Jurisdiction.

This Court does not have personal jurisdiction over Wanat. In order to prevail in an action to dismiss under Fed. R. Civ. P. 12(b)(2), the burden is on the plaintiff to show that personal jurisdiction is proper under the forum state's long-arm statute and that jurisdiction comports with Due Process under the U.S. Constitution. *Rio Properties Inc. v. Rio Intern. Interlink*, 284 F.3d 1007, 1019 (9th Cir. 2002); Fed. R. Civ. P. 4(k)(1)(A). "Mere bare bones assertions of minimum contacts with the forum or legal conclusions unsupported by specific factual allegations will not satisfy a plaintiff's pleading burden." *Fiore v. Walden*, 657 F.3d 838, 846-47 (9th Cir. 2011).

Realizing that its case for jurisdiction over Wanat is weak, the Plaintiff has attempted to take a shotgun approach, hoping that at least one of the proffered theories might hit its mark. The Plaintiff has offered the following in its First Amended Complaint: (1) Wanat "purposefully availed himself of doing business in the U.S. and is subject to jurisdiction in any U.S. court"; (2) the Defendant's websites are "interactive" and are "fully accessible to the residents of the District"; (3) "When [Wanat] used the services of Godaddy and Domains By Proxy, [he] agreed that in any disputes between them and any third parties, they would submit to the jurisdiction of the state or federal courts of Arizona." Unfortunately, as the following analysis reveals, none of these allegations satisfy the requirements for this Court to exercise jurisdiction over the Defendant.

5

Arizona's long-arm statute is "co-extensive with the limits of federal due process." *Doe v. Am. Nat'l Red Cross*, 112 F.3d 1048, 1050 (9th Cir. 1997). Federal Due Process requires that a defendant have "minimum contacts" with the forum state "such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice." *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945). The defendant's minimum contacts can give rise to either general or specific jurisdiction.

In addition, "[t]he due process analysis under Rule 4(k)(2) is nearly identical to traditional personal jurisdiction analysis with one significant difference: rather than considering contacts between the [defendants] and the forum state, we consider contacts with the nation as a whole." *Id.* at 462.

General personal jurisdiction exists only when a defendant's forum activities are so substantial or continuous and systematic that the defendant may be deemed present in the forum and subject to suit over claims unrelated to its forum activities. *Brand v. Menlove Dodge*, 796 F.2d 1070, 1073 (9th Cir. 1986).

In the instant case, the Plaintiff alleges no jurisdictional facts that are so systematic and continuous that they could give rise to general jurisdiction over the Defendant. As a result, this analysis will focus on specific jurisdiction.

A forum state may exercise specific jurisdiction over the defendant if the case arises out of certain forum-related acts. The Ninth Circuit has established a three part test for determining whether specific jurisdiction over a defendant exists: (1) The nonresident defendant must purposefully direct his activities or consummate some

transaction with the forum or resident thereof, or perform some act by which he purposefully avails himself of the privilege of conducting activities in the forum, thereby invoking the benefits and protections of its laws; (2) the claim must be one that arises out of or relates to the defendant's forum-related activities; and (3) the exercise of jurisdiction must be reasonable. *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 802 (9th Cir. 2004).

The plaintiffs bear the burden of satisfying the first two prongs, then the burden shifts to the defendants to "present a compelling case" that the exercise of jurisdiction in the forum state would be unreasonable. *Bancroft & Masters v. Augusta Nat'l Inc.*, 223 F.3d 1082, 1089 (9th Cir. 2000).

The term "purposeful availment" is often used for both purposeful availment and purposeful direction, but the two are distinct concepts. *Schwarzenegger*, 374 F.3d at 802 (citing *Harris v. Bell & Clements*, 328 F.3d 1122, 1130 (9th Cir. 2003). Purposeful availment is most often used in suits regarding contracts, whereas purposeful direction is associated with tort suits. *Id.*

Due Process permits the exercise of personal jurisdiction over a defendant who "purposefully direct[s]" his activities at residents of a forum, even in the "absence of physical contacts" with the forum. *Burger King v. Rudzewiz*, 471 U.S. 462, 476 (1985) (citing *Keeton v. Hustler Magazine*, 465 U.S. 770, 774-75 (1984)). Where the claims arise out of trademark or copyright infringement, they are more akin to a tort action, and the purposeful direction is more appropriate in determining the defendants' contacts with

the forum state. *See Panavision Int'l L.P. v. Toeppen*, 141 F.3d 1316, 1321 (9th Cir. 1998) (applying the purposeful direction test in the context of a trademark case).

Purposeful direction is evaluated under the "effects" test outlined in the Supreme Court's decision in *Calder v. Jones*, 465 U.S. 783, 787-91 (1984). The *Calder* effects test is summarized as: defendant (a) committed an intentional act, (b) expressly aimed at the forum state, (c) causing harm that the defendant knows is likely to be suffered in the forum state." *Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme*, 433 F.3d 1199, 1206 (9th Cir. 2006). In evaluating these factors here, though the registration of the Wanat domains may be an "intentional act" necessary to satisfy the first prong of the test, it is evident that none of the Plaintiff's allegations are sufficient to carry its burden of satisfying the second or third prongs of the test.

In the "express aiming" analysis, the act must be a deliberate attempt to cause harm in the forum state and not an untargeted negligence. *Calder*, 465 U.S. at 789. The express aiming requirement is only satisfied when the defendant is alleged to "have engaged in wrongful conduct targeted at a plaintiff whom the defendant knows to be a resident of the forum state. Mere foreseeability of the harm is not enough; the defendant must individually target the plaintiff." *Schwarzenegger*, 374 F.3d at 807.

For interactive websites, the Ninth Circuit has adopted the *Zippo Mfg. Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119, 1124 (W.D. Pa. 1997), sliding scale approach, holding that "the likelihood that personal jurisdiction can be constitutionally exercised is directly proportionate to the nature and quality of commercial activity that an entity

8

conducts over the Internet." *Cybersell, Inc. v. Cybersell, Inc.*, 130 F.3d 414, 418 (9th Cir. 1997). Passive websites that only post information do not give rise to personal jurisdiction; whereas personal jurisdiction may be proper where a fundamentally interactive website generates contractual business relationships. *See id.*

Here, Wanat has not engaged in any activity that was expressly aimed at the forum state. There is no evidence or allegations that Wanat directed advertising into Arizona (or any other state), and there is no evidence that Wanat has done any business with anyone in the U.S. except for the registrar and privacy service provider, Godaddy.com. Even the Plaintiff admits that the domains registered with Godaddy are only proxy domains, which are completely passive, being merely redirected to the domain eporner.com (*See* Dkt. No. 10, at 7).

Even, for the purpose of the argument, accepting Defendant's allegations that Wanat is the owner of eporner.com, the express aiming requirement still cannot be met. Plaintiff's allegations suggest that the primary use of the site is to passively view the videos posted therein. Plaintiff does not allege that users must pay access fees or provide billing information to view its videos. Users who post videos (which are probably a small percentage of the overall users) can do so freely and anonymously. Given the explicit sexual nature of the site, it is unlikely that they submit their personal information or addresses. The website is neither directed to the U.S., nor does it elicit sufficient commercial activity or contracts in the U.S. for jurisdiction of U.S. courts to exist over the Defendant.

Additionally, there is no evidence that eporner.com monitors the content uploaded anonymously by third parties. It likely had no initial awareness of the existence of the alleged infringing videos. More critically, there is also no evidence, nor any factually supported allegations in the Plaintiff's First Amended Complaint, that any defendant knew that the works were the copyrighted property of the Plaintiff, or that any defendant knew the identity or location of the Plaintiff as a U.S. business based in Nevada. Plaintiff does not even allege that the posted works carried either the registered trademark or copyright symbols indicating that they were U.S. intellectual property, and even the Plaintiff admits that once eporner.com was aware of the alleged infringement, it swiftly removed the offending content (Dkt. No. 8). These actions cannot constitute wrongful conduct that was expressly aimed at the Plaintiff.

The last prong of the *Calder* effects test is similarly unsatisfied by the Plaintiff's allegations. Having no initial knowledge of the existence of the alleged works, or the identity of the owner of such works, the Defendant could not have known that any allegedly infringing act would cause harm within Arizona, or even in the U.S. as a whole.

The second requirement for specific jurisdiction is that the contacts constituting purposeful availment must be the ones that give rise to the current suit. This is measured in terms of "but for" causation. *See Ziegler v. Indian River Cty.*, 64 F.3d 470, 474 (9th Cir.1995). A dispute arises out of forum-related activities if it would not have arisen "but for" those contacts. *Ballard v. Savage*, 65 F.3d 1495, 1500 (9th Cir. 1995).

Again, this requirement is not met. The only forum-related activity alleged against Wanat, other than the conclusory allegations of purposeful availament, are that Wanat registered epornergay.com and eprncdn.com with Godaddy.com located in Arizona and utilized Domains by Proxy, a Godaddy privacy service. The Plaintiff alleges that the Defendant agreed to Arizona jurisdiction "in any dispute between them and any third parties." This allegation is problematic in several ways.

First, registration with Godaddy and their service, Domains by Proxy, are not the "but for" cause of the action. The cause of this lawsuit is the alleged reproduction or distribution of the Plaintiff's protected works and/or trademarks on eporner.com – a website that is neither registered nor hosted in the U.S. There is no connection between this alleged infringement and the registration or privacy services offered by or through Godaddy.com. Plaintiff would have sought, and does seek, to curtail any such acts regardless of the identity or location of any party offering such services.

Further, the Plaintiff completely and intentionally misstates the jurisdictional clauses in the Godaddy and Domains by Proxy agreements. The Domains by Proxy agreement in relevant part states:

> You agree that any action **relating to or arising out of <u>this agreement</u>** shall be brought exclusively in the courts of Maricopa County, AZ. For the adjudication of domain name registration disputes, you agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona . . . .

*See* Exhibit C (emphasis added).

Despite the scandalous and sensational allegations that Plaintiff makes, insinuating that the use of the Domains by Proxy service is tantamount to criminal

MOTION TO DISMISS AND RESPONSE TO ORDER TO SHOW CAUSE

wrongdoing, no set of facts alleged in the Plaintiff's Complaint would support the notion that the Plaintiff's claims relate to, or arise out of, the Domains by Proxy agreement.[2]

The Godaddy registration does not appear to contain language specifying Arizona as having jurisdiction over any and all disputes (*See* Godaddy Registration Agreement, attached hereto as Exhibit D). However, even if it did, at least one Arizona court has already determined that the Godaddy agreement did not confer jurisdiction against a Lebanese national under similar circumstances. *See Inter123 Corp. v. Ghaith*, No. 2:14-cv-00463, (D. Ariz. April 4, 2014.)

In that case, the court vacated the TRO and denied the plaintiff's preliminary injunction because the plaintiff could not show that the defendant was subject to that court's jurisdiction. *Id.* The relation of the plaintiff's claims to the registration agreement were much stronger there than here, as the plaintiff was registered with Godaddy for four years and the case dealt with the actual sale of the domain. *See id.* The court found that the defendant's contacts were not the "but for" cause of the dispute, and even if the defendant had availed himself of the privilege of doing business in Arizona, he had only done so with respect to Godaddy itself, and not to the plaintiff. Such is the case here.

The last element of specific jurisdiction is reasonableness. The exercise of jurisdiction must comport with fair play and substantial justice in order to be considered reasonable. *See Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 476 (1985). Burger King

---

[2] Despite Plaintiff's claims, Domains by Proxy is a service used by millions of Godaddy customers. Godaddy lists the benefits of the services as follows: "Protect your identity, Stop domain name-related spam, Thwart harassers and stalkers, End data mining, Maintain personal and family privacy, Prevent your domain from being hijacked, Shield legitimate entrepreneurial business endeavors, [and] Voice political and other First Amendment speech." https://uk.godaddy.com/help/domains-by-proxy-faq-421.

places upon the defendant the burden of demonstrating that jurisdiction would be unreasonable. *Id.* at 476-77.

In determining whether jurisdiction is reasonable, the Ninth Circuit considers seven factors: (1) the extent of the defendants' purposeful injection into the forum state's affairs, (2) the burden on the defendant of defending in the forum, (3) the extent of the conflict with the sovereignty of the defendant's state, (4) the forum state's interest in adjudicating the dispute, (5) the most efficient judicial resolution of the controversy, (6) the importance of the forum to the plaintiff's interest in convenient and effective relief, and (7) the existence of an alternative forum. *Dole Food Co., Inc. v. Watts*, 303 F.3d 1104, 1111 (9th Cir. 2002).

Here, the exercise of jurisdiction over Wanat is unreasonable. Wanat is a Polish citizen who has virtually no contacts with this forum except for his dealings with a major U.S. registrar who is a nonparty to this action. Godaddy advertises and directs its activities to countries across the globe, including Poland. Wanat himself does not advertise any services or products in the U.S., he owns no real property in the U.S., does not maintain any servers in the U.S., and does not pay U.S. taxes (Exhibit A). Wanat's contacts with Godaddy are irrelevant as they do not give rise to the instant action.

Litigating this case in Arizona would prove extremely burdensome, as Wanat may be required to travel on multiple occasions for the trial and other events. This would create a financial burden on Wanat, which would provide an unfair negotiating position for the Plaintiff.

Moreover, Arizona in particular has no interest in adjudicating the dispute. The Plaintiff is a Nevada LLC, who apparently has little or no connection with Arizona, and neither Godaddy nor any other Arizona corporation is a party to this action. In addition, because the alleged infringements occurred on a website registered in Germany, most likely it is European law that is applicable in this case, not the U.S. Copyright Act. *See Restatement (Second) of Conflicts of Laws § 6 0 Choice-Of-Law Principles.*

## III. Extraordinary Relief Should Not Be Granted Because the Factors for a Preliminary Injunction Do Not Weigh in the Plaintiff's Favor.

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 22 (2008). In order for a preliminary injunction to issue, the "plaintiff seeking a preliminary injunction must establish [(1)] that he is likely to succeed on the merits, [(2)] that he is likely to suffer irreparable harm in the absence of preliminary relief, [(3)] that the balance of equities tips in his favor, and [(4)] that an injunction is in the public interest." *Id.*

### a. The Court's Lack of Personal Jurisdiction Over Wanat is Fatal to the Plaintiff's Request for Relief.

The Defendant has demonstrated that the Plaintiff cannot meet its burden of establishing jurisdiction over the Defendant. As the Plaintiff cannot obtain jurisdiction over the Defendant, the case is not likely to succeed on the merits, and injunctive relief should be denied. *Inter123 Corp. v. Ghaith*, No. 2:14-cv-00463 (D. Ariz. April 4, 2014) (finding that the Plaintiff was unlikely to succeed on the merits, where no personal jurisdiction existed). Further, "[a] federal court may [only] issue an injunction if it has

personal jurisdiction over the parties and subject matter jurisdiction over the claim." *Zepeda v. U.S. Immigration Serv.*, 753 F.2d 719, 727 (9th Cir. 1985).

### b. Success on the Merits Is Not Likely Because Marcin Wanat Is Not the Registrant of Eporner.com.

The basis of the Plaintiff's infringement claims rests with the idea that Wanat is the registrant[3] of eporner.com and is thus liable in some way for the allegedly infringing content that was posted on the site by third-party users. Wanat categorically denies that this is the case (Exhibit A). The Plaintiff admits that he has not been successful in establishing the identity of the registrant of this domain. Even the Court's Order states that "because the Eporner site *appears* to be owned and operated by Wanat, AMA has established a strong likelihood of success . . . ." (Dkt. No. 19)(emphasis added).

The facts allegedly supporting that Wanat is the registrant of eporner.com are dubious at best and ambiguous at worst, meaning they are "susceptible to more than one reasonable interpretation." *Alaska Wilderness League v. U.S. E.P.A.*, 727 F.3d 934, 938 (9th Cir. 2013) These "facts" are apparently as follows: (1) "[C]hanges were made to the Eporner site very shortly after Godaddy provided notice that Wanat's identity had been requested," and (2) "After Wanat received notice of this lawsuit, Wanat deleted AMA's works from the Eporner site."

These facts are susceptible to multiple reasonable conclusions, each of which does not entail legal ownership of eporner.com, such as: Wanat knows and communicates with the owners of eporner.com, Wanat has a business relationship with

---

[3] The registrant is the legal owner of a domain.

the owners of eporner.com, and Wanat is an employee of the legal owner of eporner.com.

A TRO or preliminary injunction that merely assumes that the Plaintiff's allegations are true, based on inherently ambiguous facts, places Wanat in an impossible position: he cannot comply with an order that relates to eporner.com because he is not the registrant of the domain.

The Plaintiff has provided sufficient evidence, and Wanat does not deny, that Wanat is the legal owner of epornergay.com and eprncdn.com. However, without more, this does not support a finding that there is a likelihood of success on the merits because **the Plaintiff does not allege and there is no evidence at all that any infringing works or trademarks were displayed on these domains**. A list of the 22 allegedly infringing works reveals that all 22 works were posted only on eporner.com. (*See* List of Infringing Works, Dkt. No. 8-7). The Declaration of Troy Rothell (Dkt. No. 8-3) only provides evidence of the same.

The Plaintiff's Complaint merely states that the Eporner website (presumably, eporner.com) can be "reached" through Wanat's domains. Indeed, epornergay.com, and eprncdn.com do "redirect" or "forward" users towards eporner.com. Essentially, Wanat's domains simply link to eporner.com, a website registered in the Germany. The Defendant can find no case that stands for the proposition that an online service provider that links to, or forwards to, another domain can be held liable for the allegedly infringing materials posted on the domain. In contrast, at least one federal court has

found that even actively sending a hyperlink to a person that directs them to a website containing infringing content fails as a matter of law to "constitute copyright infringement." *See Pearson Educ., Inc. v. Ishayev*, 963 F. Supp. 2d 239, 253-54 (S.D.N.Y. 2013).

The case for infringement is even more attenuated here. The Plaintiff characterizes eporner.com as a "mega-theater." Certainly this implies that there are hundreds if not thousands of videos posted on the site. Many more than the 22 allegedly infringing videos. In his Declaration, Troy Rothell had to navigate to the specific (and rather long) URLs of the allegedly infringing works themselves to view them (*See* Dkt. No. 7-5). It was insufficient to merely visit the home page of eporner.com to view the Plaintiff's works. The Wanat Domains link to the main home page of this mega-theater, eporner.com, and not to any of the allegedly infringing URLs, or any of the other numerous videos on the site.

For these reasons, any alleged infringement claims that arise out of Wanat's ownership of these domains are unlikely to succeed on the merits. Further, as Wanat is not the registrant of eporner.com, allegations based on his ownership are also unlikely to succeed.

### c. AMA Has Still Not Established Irreparable Harm, and the Balance of the Equities Tips in the Defendant's Favor.

The Plaintiff did not establish irreparable harm in his initial application for injunctive relief and does not do so now. In granting such relief, this Court asserts that

17

the Plaintiff has established sufficient irreparable harm for obtaining an "asset freezing" injunction.

The Court states that such an injunction can issue when there is a "pattern of secreting or dissipating assets to avoid judgment" (Dkt. No. 19, *quoting In re Estate of Ferdinand Marcos*, Human Rights Litig., 25 F.3d 1467, 1480 (9th Cir. 1994)). The element of irreparable harm can be met by showing a "likelihood of dissipation of the claimed assets, **or other inability to recover monetary damages**, if the relief is not granted." (Dkt. No. 19, *quoting Johnson v. Couturier*, 572 F.3d 1067, 1085 (9th Cir. 2009) (emphasis added)). The language quoted and the acts associated with these cases clearly show that the relief must be related to the recovery to recover of money. For example, in *Ferdinand*, the injunction issued after a default, and the Ninth Circuit noted:

> [T]he district court found (1) that an ultimate judgment would likely exceed $320 million, (2) that the Estate has about $320 million in assets in banks in Switzerland and Hong Kong, (3) that the Trajano plaintiffs have been unable to execute upon Imee Marcos-Manotoc's assets to collect the $4.4 million judgment, (4) that federal courts have twice enjoined the Marcoses from transferring or secreting assets, based on a pattern and practice of secreting assets through foreign bank accounts by the use of aliases and shell corporations.

Unlike here, the *Ferdinand* case, and the requested relief, dealt strictly with money—a lot of it. The facts here do not show that the Defendant has engaged in a similar pattern to secret assets, and the relief requested has no rational connection to the recovery of monetary damages. All Wanat did was transfer his domains to a different registrar. The domains still exist; they have not been "secreted away or dissipated." In fact, these terms have little meaning in the context of Internet domains. Regardless of their registrar, the

MOTION TO DISMISS AND RESPONSE TO ORDER TO SHOW CAUSE

domains can be found by inquiring into their URLs. Since the domains contain no content, it is not possible for Wanat to destroy or hide any alleged infringement on these sites. There is no correlation between the mere transfer of two domains and the massive money-laundering allegations in the *Ferdinand* case. While it may be inconvenient for the Plaintiff to gather information about the Defendant from a foreign registrar, there is no indication that this inconvenience would cause irreparable harm, resulting in the inability to recover monetary damages—assuming the Plaintiff ever even receives a judgment.

The notion that the Plaintiff would suffer irreparable harm by being unable to view eporner.com from either Nevada or Arizona is similarly far-fetched. According to Plaintiff, the site can be viewed from all other 48 states. Plaintiff's counsel was easily able to view the site using the Tor program (Dkt. 14-7, at 4). This program appears to be able to overcome any attempt to block specific IP addresses. *Id.* Further, Plaintiff's counsel has offices in Miami, Philadelphia, and San Francisco (Randazza Website, attached hereto as Exhibit E). Marc Randazza is barred in California, Florida, and Massachusetts (*Id.*). Eporner.com can apparently be viewed from all these locales. Presumably AMA has other contacts in additional states as well that can check the site. As such, eporner.com can be easily monitored by the Plaintiff without this intervention from the Court, and without the need for "extraordinary relief." Mere inconvenience is not irreparable harm.

The last two factors of the test for injunctive relief is the balancing of the equities

between the parties and the weighing of the public interest. As the Defendant has demonstrated that the Plaintiff cannot meet the requirement of the first two prongs, these factors are somewhat superfluous. This Court has already noted that the public interest is not strongly implicated. However, the balancing of the equities tips squarely in the Defendant's favor. The Defendant has demonstrated how the requested relief is either unnecessary or irrelevant to the stated goal of preventing the secreting or dissipating of assets, so that AMA might recover a money judgment. Accordingly, there is no need for the equitable relief of this court.

## CONCLUSION

Based on the foregoing, Defendant Marcin Wanat respectfully requests that this Court dismiss the Plaintiff's complaint against him for lack of personal jurisdiction, as well as dissolve the TRO, and deny the Plaintiff's Motion for Injunctive Relief.

DATED this 30th day of November 2015.

Donath & Medrala, Prof. LLC

JAKUB P. MEDRALA, ESQ.
Pro Hac Vice
**SEAN L. AFRICK, ESQ.**
Pro Hac Vice
1091 S. Cimarron Road, Suite #A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
*Attorneys for Defendant Marcin Wanat*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of November, 2015, I served a true and correct copy of the foregoing DEFENDANT MARCIN WANAT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND RESPONSE TO ORDER TO SHOW CAUSE through the United States District Court CM/ECF, addressed to the following, or if necessary, by U.S. Mail with first-class postage prepaid, or, if possible to the following:

Marc J. Randazza, AZ Bar No. 27861
Ronald D. Green, Pro Hac Vice
Randazza Legal Group, PLLC
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Attorneys for Plaintiff,
AMA Multimedia, LLC

By: _____

An employee of Donath & Medrala, PLLC

# EXHIBIT A

# DECLARATION OF MARCIN WANAT

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

AMA MULTIMEDIA LLC, a Nevada limited liability company,

          **Plaintiff,**

vs.

MARCIN WANAT, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,

          **Defendants.**

CASE NO.: 2:15-cv-01674-ROS

## DECLARATION OF MARCIN WANAT

I, Marcin Wanat, state:

    1.    I am a Defendant in the above-described action. I make the following declaration based on personal knowledge and I could and would competently testify to the facts stated herein if called upon to do so.

    2.    I am citizen and resident of the country of Poland.

    3.    I am the registrant of the Internet domains epornergay.com and eprncdn.com.

    4.    These domains utilized the Domains by Proxy service offered by Godaddy.com to protect my private information.

    5.    To my the best of my knowledge, Domains by Proxy is a service offered to every single person or company who registers a domain with Godaddy, and is utilized by millions of Godaddy customers.

1

6.     I did not use this service to shield any activities relating to the domains registered with Godaddy. I utilized this service to keep my private contact information private and safe, as suggested by Godaddy in offering the service.

7.     I am not the registrant or owner of the Internet domain eporner.com.

8.     I did not post any infringing material described in the Plaintiff's complaint on the domain eporner.com.

9.     The domains epornergay.com and eprncdn.com do not contain any content whatsoever, but merely redirect viewers to the home page of the domain eporner.com.

10.     I do not have, own or control any tangible assets or real property in the United States. I do not own or control any bank accounts, or other similar liquid assets accounts, which are located in the United States.

11.     I do not sell or advertise goods or services to any person or company located within the United States.

12.     I do not, and never have, paid taxes in the United States.

13.     I do not do any business in the United States, I am not registered to do business in the United States, I have no officers, manufacturing or distribution facilities, no employees, directors, agents, representatives, and no licenses in the United States.

14.     I do not specifically target my services to residents of the Untied States.

15.     I have never visited the United States.

16.     To the best of my knowledge, the Godaddy.com registration agreement attached to my Motion to Dismiss for Lack of Personal Jurisdiction is a true and correct copy of my agreement with the company for the domains epornergay.com and eprncdn.com.

17.     To the best of my knowledge the Godaddy.com Domains by Proxy agreement attached to my Motion to Dismiss for Lack of Personal Jurisdiction is a true and correct copy of the agreement with the company for the domains epornergay.com and eprncdn.com.

2

Declaration of Marcin Wanat

18. I have reviewed the Plaintiff's List of Infringing Materials, Exhibit 7 to Doc. No. 8. I did not post any of the allegedly infringing materials referenced therein to the eporner.com website.

19. On November 18, 2015, I received a copy of the Summons and Complaint in this case, via my email, marcinwanat@gmail.com.

20. I did not receive a copy of the Sealed Order, dated November 17th, 2015, at the time the Summons and Complaint were emailed to me.

21. I was not emailed a copy of the Sealed Order, dated November 17th, 2015, until November 24th.


I declare under the penalty of the laws of the United States of America, that the foregoing statements are true and correct and that this declaration is executed on November 29th 2015, in Chelmek, Poland.


DATED this 30th day of November, 2015

_____
**Marcin Wanat**

Declaration of Marcin Wanat

# EXHIBIT B

# RANDAZZA EMAILS

From: **Trey Rothell** <tar@randazza.com>
Date: 2015-11-24 23:03 GMT+01:00
Subject: SERVICE OF COURT DOCUMENTS / AMA Multimedia, LLC v. Marcin Wanat, et al. / Case No. 2:15-cv-01674-ROS
To: Marcin Wanat <marcin.wanat@gmail.com>, eporner@eporner.com,contact@eporner.com
Cc: "Marc J. Randazza" <mjr@randazza.com>, Ron Green <rdg@randazza.com>

Mr. Wanat,

We only now received the order via email after again not receiving it in today's mail and me prodding the clerk to do so. I apologize for the delay.

Please find attached the court's sealed order dated November 17, 2015.

**Trey A. Rothell\* | Randazza Legal Group, PLLC**
3625 S. Town Center Drive Las Vegas, NV 89135
Tel: (702) 420-2001 | Email: tar@randazza.com

\* Paralegal; not licensed to practice law.

---

 **Order.pdf**
86K

**From:** Trey Rothell <tar@randazza.com>
**Subject: SERVICE OF COURT DOCUMENTS / AMA Multimedia, LLC v. Marcin Wanat, et al. / Case No. 2:15-cv-01674-ROS**
**Date:** November 18, 2015 at 10:33:35 AM PST
**To:** marcin.wanat@gmail.com, eporner@eporner.com, contact@eporner.com
**Cc:** "Marc J. Randazza" <mjr@randazza.com>, Ron Green <rdg@randazza.com>

Dear Mr. Wanat:

As you are likely already aware, AMA Multimedia, LLC ("AMA") has initiated a lawsuit against you and others in the U.S. District Court for the District of Arizona. The Court has granted our Motion for Order Permitting Alternative Service and given us leave to serve you via electronic mail. The Court has additionally entered a Temporary Restraining Order against you as described in our Motion for Temporary Restraining Order and Preliminary Injunction. Both of those documents are attached, as are the Amended Complaint, Summons, Motion to File Under Seal, the Minute Orders granting those motions, and the exhibits to these documents. Please note that the Minute Order provides that you must appear and show cause regarding why a Preliminary Injunction should not be entered against you no later than NOVEMBER 30, 2015.

While the Minute Order granting the Motions for Alternative Service and Temporary Restraining Order is attached, the formal orders are currently under seal. The Court is mailing them to us. We will be forwarding them to you at these email addresses as soon as we receive them. In the meantime, feel free to contact us if you have any questions.

**Trey A. Rothell* | Randazza Legal Group, PLLC**
3625 S. Town Center Drive Las Vegas, NV 89135
Tel: (702) 420-2001 | Email: tar@randazza.com

* Paralegal; not licensed to practice law.

```
MIME-Version:1.0
From:azddb_responses@azd.uscourts.gov
To:azddb_nefs@localhost.localdomain
Message-Id:<14222392@azd.uscourts.gov>
Subject:Activity in Case 2:15-cv-01674-ROS AMA Multimedia LLC v. Unknown Parties Order on
Motion to Seal Document
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## DISTRICT OF ARIZONA

### Notice of Electronic Filing

The following transaction was entered on 11/18/2015 at 9:35 AM MST and filed on 11/18/2015
| | |
|---|---|
| **Case Name:** | AMA Multimedia LLC v. Unknown Parties |
| **Case Number:** | <u>2:15-cv-01674-ROS</u> |
| **Filer:** | |
| **Document Number:** | <u>19</u> |

**Docket Text:**
**SEALED ORDER granting [13] Motion to Seal. FURTHER ORDERED granting [18] Motion for Order Permitting Alternative Service. Plaintiff shall serve Marcin Wanat as soon as practicable but no later than five days after Plaintiff receives this order. Plaintiff shall provide a copy of this Order when serving Marcin Wanat. FURTHER ORDERED granting [17] Ex Parte Motion for TRO. FURTHER ORDERED No later than November 30, 2015, Marcin Wanat shall appear and show cause why a preliminary injunction should not issue. See Order for Details. Signed by Senior Judge Roslyn O Silver on 11/17/15. (cc: Pla's Cnsl) (MAP)**

**2:15-cv-01674-ROS Notice has been electronically mailed to:**

Ronald D Green    rdg@randazza.com, ecf@randazza.com

Marc John Randazza    marc@randazza.com, MJR@randazza.com, ecf@randazza.com

**2:15-cv-01674-ROS Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=11/18/2015] [FileNumber=14222390
-0] [756d0b4cacaa2f026adc00289a2a7412ed4c8434ccb5d5541590b3d8d48e52663
645caa204ea3a71ecac3d212eaf6e10138f8b389eb807ba390a37e657fdd5eb]]

# EXHIBIT C

# DOMAINS BY PROXY AGREEMENT

# DOMAINS BY PROXY
# DOMAIN NAME PROXY AGREEMENT

### Last Revised: 22 September 2015

Please read this Domain Name Proxy Agreement ("Agreement") carefully. By using the Services and/or website of Domains By Proxy, LLC, a Delaware limited liability company ("DBP"), You (as defined below) agree to all the terms and conditions set forth both herein and in the DBP privacy policy, which is incorporated by reference and can be found by clicking here. You acknowledge that DBP may amend this Agreement at any time upon posting the amended terms on its website, and that any new, different or additional features changing the services provided by DBP will automatically be subject to this Agreement. If You do not agree to be bound by, or if You object to, the terms and conditions of this Agreement and any amendments hereto, do not use or access DBP's services. Continued use of DBP's services and its website after any such changes to this Agreement have been posted, constitutes Your acceptance of those changes.

This Agreement is by and between DBP and you, your heirs, assigns, agents and contractors ("You") and is made effective as of the date of electronic execution. This Agreement sets forth the terms and conditions of Your relationship with DBP and Your use of DBP's services and represents the entire Agreement between You and DBP. By using DBP's Services, You acknowledge that You have read, understand and agree to be bound by all the terms and conditions of this Agreement, and You further agree to be bound by the terms of this Agreement for transactions entered into by:

    i.  You on Your behalf;

    ii.  Anyone acting as Your agent; and

    iii.  Anyone who uses the account You have established with DBP, whether or not the transactions were on Your behalf and/or authorized by You.

You agree You will be bound by representations made by third parties acting on Your behalf, which either use or purchase services from DBP. You further agree that DBP will not be bound by statements of a general nature on DBP's website or DBP promotional materials. You further agree to abide by the terms and conditions promulgated by the Internet Corporation for Assigned Names and Numbers ("ICANN") (including the Uniform Domain Name Dispute Resolution Policy ("Dispute Resolution Policy") and Your Registrar (i.e., the ICANN-accredited person or entity through which You register a domain name).

## 1. DESCRIPTION OF DBP'S PRIVATE REGISTRATION SERVICES

When You subscribe to DBP's private registration service through a DBP-affiliated Registrar, each available domain name registration You designate will thereafter be registered in the name of DBP, as Registrant. In exchange for DBP becoming the Registrant of each domain name registration on Your behalf, DBP shall keep Your name, postal address, email address, phone and fax numbers confidential, subject to Section 4 of this Agreement. When DBP becomes the Registrant of Your domain name registration, the

following information (and not Your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

    i. DBP's name as the Registrant of the domain name and a proxy email address, phone number and postal address for the Registrant's contact information;

    ii. A proxy postal address and phone number for the domain name registration's technical contact;

    iii. A proxy email address, postal address and phone number for the domain name registration's administrative contact;

    iv. A proxy email address, postal address and phone number for the domain's name registration's billing contact;

    v. The primary and secondary domain name servers You designate for the domain name;

    vi. The domain name's original date of registration and expiration date of the registration; and

    vii. The identity of the Registrar.

## 2. FULL BENEFITS OF DOMAIN REGISTRATION RETAINED BY YOU

Although DBP will show in the "Whois" directory as the Registrant of each domain name registration You designate, You will retain the full benefits of domain name registration with respect to each such domain name registration, including, subject to Section 4 below:

    i. The right to sell, transfer or assign each domain name registration, which shall require cancellation of the DBP services associated with each such domain name registration;

    ii. The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;

    iii. The right to cancel each domain name registration;

    iv. The right to cancel the DBP services associated with each domain name registration and/or Your privacy services with DBP so that Your contract information is listed in the "Whois" directory; and

    v. The right to renew each domain name registration upon its expiration, subject to Your Registrar's applicable rules and policies.

## 3. PERSONAL INFORMATION AND YOUR NOTIFICATION OBLIGATIONS; REPRESENTATION AND WARRANTIES; ACCOUNT SECURITY

### Personal Information and Your Notification Obligations

You agree that for each domain name for which DBP becomes the Registrant on Your behalf, You will provide accurate and current information as to:

    i. Your name, the email address, postal address, phone and fax numbers for the domain name registration's Registrant contact;

    ii. The email address, postal address, phone and fax numbers for the domain name registration's technical contact;

    iii. The email address, postal address, phone and fax numbers for the

      domain name registration's administrative contact;

    iv. The email address, postal address, phone and fax numbers for the domain name registration's billing contact; and

    v. You agree to provide government issued photo identification and/or government issued business identification as required for verification of identity when requested.

You agree to:

    i. Notify DBP within three (3) calendar days when any of the personal information You provided upon subscribing to DBP's services, changes;

    ii. Respond within three (3) calendar days to any inquiries made by DBP to determine the validity of personal information provided by You; and

    iii. Timely respond to email messages DBP sends to You regarding correspondence DBP has received that is either addressed to or involves You and/or Your domain name registration, as more fully set forth in Section 5(c) below.

It is Your responsibility to keep Your personal information current and accurate at all times.

## Renewals

You agree DBP, as Registrant, will arrange for Your Registrar to charge the credit card You have on file with the Registrar, at the Registrar's then current rates.

Renewal fees, once charged, will be non-refundable. You may also elect to disengage the automatic renewal feature for DBP's private registration services, by logging into Your DBP customer account and disabling the privacy service. It is Your responsibility to keep Your credit card information current and accurate, including the expiration date.

If for any reason DBP and/or the Registrar for Your domain name is unable to charge Your credit card for the full amount of the service provided, or if DBP and/or the Registrar is charged back for any fee it previously charged to the credit card You provided, You agree that DBP and/or the Registrar may, without notice to You, pursue all available remedies in order to obtain payment, including but not limited to immediate cancellation of all services DBP provides to You.

## Representations and Warranties

You warrant that all information provided by You to DBP is truthful, complete, current and accurate. You also warrant that You are using DBP's private registration services in good faith and You have no knowledge of Your domain name infringing upon or conflicting with the legal rights of a third party or a third party's trademark or trade name. You also warrant the domain name being registered by DBP on Your behalf will not be used in connection with any illegal or morally objectionable activity (as defined below in Section 4), or, in connection with the transmission of Spam, or that contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable or, disrupting, damaging or limiting the functionality of any software or hardware.

## Account Security

You agree You are entirely responsible for maintaining the confidentiality of Your customer number/login ID and password ("Account Access Information"). You agree to notify DBP immediately of any unauthorized use of Your account or any other breach of security. You agree DBP will not be liable for any loss that You may incur as a result of someone else using Your Account Access Information, either with or without Your knowledge. You further agree You could be held liable for losses incurred by DBP or another party due to someone else using Your Account Access Information. For security purposes, You should keep Account Access Information in a secure location and take precautions to prevent others from gaining access to Your Account Access Information. You agree that You are entirely responsible for all activity in Your account, whether initiated by You, or by others. DBP specifically disclaims liability for any activity in Your account, regardless of whether You authorized the activity.

## 4. DBP'S RIGHTS TO DENY, SUSPEND, TERMINATE SERVICE AND TO DISCLOSE YOUR PERSONAL INFORMATION

You understand and agree that DBP has the absolute right and power, in its sole discretion and without any liability to You whatsoever, to:

    i. Cancel the privacy service (which means that Your information will be available in the "Whois" directory) and/or reveal Your name and personal information that You provided to DBP:
        A. When required by law, in the good faith belief that such action is necessary in order to conform to the edicts of the law or in the interest of public safety;
        B. To comply with a legal process served upon DBP or in response to a reasonable threat of litigation against DBP (as determined by DBP in its sole and absolute discretion); or
        C. To comply with ICANN rules, policies, or procedures.

    ii. Resolve any and all third party claims, whether threatened or made, arising out of Your use of a domain name for which DBP is the registrant listed in the "Whois" directory on Your behalf; or

    iii. Take any other action DBP deems necessary:
        A. In the event you breach any provision of this Agreement or the DBP Anti-Spam Policy;
        B. To protect the integrity and stability of, and to comply with registration requirements, terms, conditions and policies of, the applicable domain name Registry and/or Registry Provider;
        C. To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;
        D. To comply with ICANN's Dispute Resolution Policy;
        E. To avoid any financial loss or legal liability (civil or criminal) on the part of DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;
        F. If the domain name for which DBP is the registrant on Your behalf violates or infringes a third party's trademark, trade name or other legal rights; and
        G. If it comes to DBP's attention that You are using DBP's services for purposes of engaging in, participating in, sponsoring or hiding Your involvement in, illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:
            1. Appeal purely to the prurient interests of third parties;
            2. Defame, embarrass, harm, abuse, threaten, or harass

third parties;

3. Violate state, federal or international law;

4. Involve hate crimes, terrorism and child pornography;

5. Are tortious, vulgar, obscene, invasive of a third party's privacy, racially, ethnically, or otherwise objectionable;

6. Impersonate the identity of a third party;

7. Harm minors in any way; or

8. Relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

You further understand and agree that if DBP is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your domain name registration or Your use of DBP's services, Your private registration service may be canceled, which means the domain name registration will revert back to You and Your identity will therefore be revealed in the Whois directory as Registrant.

In the event:

i. DBP takes any of the actions set forth in subsection i, ii, or iii above or section 5; and/or

ii. You elect to cancel DBP's services for any reason –

Neither DBP nor your Registrar will refund any fees paid by You whatsoever.

## 5. COMMUNICATIONS FORWARDING

### a. Correspondence Forwarding

Inasmuch as DBP's name, postal address and phone number will be listed in the Whois directory, You agree DBP will review and forward communications addressed to Your domain name that are received via email, certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class U.S. postal mail. You specifically acknowledge DBP will not forward to You first class postal mail (other than legal notices), "junk" mail or other unsolicited communications (whether delivered through email, fax, postal mail or telephone), and You further authorize DBP to either discard all such communications or return all such communications to sender unopened. You agree to waive any and all claims arising from Your failure to receive communications directed to Your domain name but not forwarded to You by DBP.

### b. Email Forwarding

The Whois directory requires an email address for every purchased domain name registration. When You purchase a private domain registration, DBP creates a private email address for that domain name, "@domainsbyproxy.com". Thereafter, when messages are sent to that private email address, DBP handles them according to the email preference You selected for that particular domain name. You have three (3) email preferences from which to choose. You can elect to:

i. Have all of the messages forwarded;

ii. Have all of the messages filtered for Spam and then forwarded; or

    iii. Have none of the messages forwarded.

As with all communications, You agree to waive any and all claims arising from Your failure to receive email directed to Your domain name but not forwarded to You by DBP.

### c. Notifications Regarding Correspondence and Your Obligation to Respond

When DBP receives certified or traceable courier mail or legal notices addressed to Your domain name, in most cases, DBP will attempt to forward the mail to you via email. If You do not respond to the DBP email and/or the correspondence DBP has received regarding Your domain name registration concerns a dispute of any kind or otherwise requires immediate disposition, DBP may immediately reveal Your identity and/or cancel the DBP private registration service regarding either the domain name registration(s) in question. This means the Whois directory will revert to displaying Your name, postal address, email address and phone number that you provided to DBP.

### d. Additional Administrative Fees

DBP reserves the right to charge You reasonable "administrative fees" or "processing fees" for (i) tasks DBP may perform outside the normal scope of its Services, (ii) additional time and/or costs DBP may incur in providing its Services, and/or (iii) Your non-compliance with the Agreement (as determined by DBP in its sole and absolute discretion). Typical administrative or processing fee scenarios include, but are not limited to, (i) customer service issues that require additional personal time and attention; (ii) disputes that require accounting or legal services, whether performed by DBP staff or by outside firms retained by DBP; (iii) recouping any and all costs and fees, including the cost of Services, incurred by DBP as the result of chargebacks or other payment disputes brought by You, Your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method You have on file with Your Registrar.

You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this Agreement.

## 6. LIMITATIONS OF LIABILITY

**UNDER NO CIRCUMSTANCES SHALL DBP BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS AGREEMENT, YOUR DOMAIN NAME REGISTRATION, DBP'S SERVICES, USE OR INABILITY TO USE THE DBP WEBSITE OR THE MATERIALS AND CONTENT OF THE WEBSITE OR ANY OTHER WEBSITES LINKED TO THE DBP WEBSITE OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO DBP OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF DBP HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, DBP'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE SMALLEST AMOUNT PERMITTED BY LAW.**

**YOU FURTHER UNDERSTAND AND AGREE THAT DBP DISCLAIMS ANY LOSS OR LIABILITY RESULTING FROM:**

i. **THE INADVERTENT DISCLOSURE OR THEFT OF YOUR PERSONAL INFORMATION;**

ii. **ACCESS DELAYS OR INTERRUPTIONS TO OUR WEBSITE OR THE WEBSITES OF OUR AFFILIATED REGISTRARS;**

iii. **DATA NON-DELIVERY OF MIS-DELIVERY BETWEEN YOU AND DBP;**

iv. **THE FAILURE FOR WHATEVER REASON TO RENEW A PRIVATE DOMAIN NAME REGISTRATION;**

v. **THE UNAUTHORIZED USE OF YOUR DBP ACCOUNT OR ANY OF DBP'S SERVICES;**

vi. **ERRORS, OMISSIONS OR MISSTATEMENTS BY DBP;**

vii. **DELETION OF, FAILURE TO STORE, FAILURE TO PROCESS OR ACT UPON EMAIL MESSAGES FORWARDED TO EITHER YOU OR YOUR PRIVATE DOMAIN NAME REGISTRATION;**

viii. **PROCESSING OF UPDATED INFORMATION REGARDING YOUR DBP ACCOUNT; AND/OR**

ix. **ANY ACT OR OMISSION CAUSED BY YOU OR YOUR AGENTS (WHETHER AUTHORIZED BY YOU OR NOT).**

## 7. INDEMNITY

You agree to release, defend, indemnify and hold harmless DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your Registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorneys' fees, arising out of or related in any way to this Agreement, the services provided hereunder by DBP, the DBP website, Your account with DBP, Your use of Your domain name registration, and/or disputes arising in connection with the dispute policy.

## 8. DBP WARRANTY DISCLAIMER

**DBP, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, THE SERVICE PROVIDED HEREUNDER, THE DBP WEBSITE OR ANY WEBSITES LINKED TO THE DBP WEBSITE, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL DBP SERVICES, AS WELL AS THE DBP WEBSITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF DBP'S SERVICES AND ITS WEBSITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, IN WHICH EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU.**

## 9. COPYRIGHT AND TRADEMARK

You understand and agree that all content and materials contained in this Agreement, the Privacy Policy and the DBP website found here , are protected

by the various copyright, patent, trademark, service mark and trade secret laws of the United States, as well as any other applicable proprietary rights and laws, and that DBP expressly reserves its rights in and to all such content and materials.

You further understand and agree You are prohibited from using, in any manner whatsoever, any of the afore-described content and materials without the express written permission of DBP. No license or right under any copyright, patent, trademark, service mark or other proprietary right or license is granted to You or conferred upon You by this Agreement or otherwise.

## 10. MISCELLANEOUS PROVISIONS

### a. Severability; Construction; Entire Agreement

If any part of this Agreement shall be held to be illegal, unenforceable or invalid, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, enforceable and valid, and the legality, enforceability and validity of the remaining provisions of this Agreement shall not be affected or impaired. The headings herein will not be considered a part of this Agreement. You agree this Agreement, including the policies it incorporates by reference, constitute the complete and only Agreement between You and DBP regarding the services contemplated herein.

### b. Governing Law; Venue; Waiver Of Trial By Jury

This Agreement shall be governed in all respects by the laws and judicial decisions of Maricopa County, Arizona, excluding its conflicts of laws rules. Except as provided immediately below, You agree that any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of Maricopa County, Arizona. For the adjudication of domain name registration disputes, you agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona. You agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes place relating to or arising out of this Agreement.

### c. Notices

All notices from DBP to You will be sent to the email address You provided to DBP. Notices by email shall be deemed effective twenty-four (24) hours after the email is sent by DBP, unless DBP receives notice that the email address is invalid, in which event DBP may give You notice via first class or certified mail, return receipt requested. All notices from You to DBP shall be sent via certified mail, return receipt requested or traceable courier to:

Domains By Proxy, LLC
Attn: General Counsel
14455 North Hayden Rd.
Suite 219
Scottsdale, AZ 85260

Notices sent via certified mail or traceable courier shall be deemed effective five (5) days after the date of mailing.

### d. Insurance

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's negligent actions (and absent fraud or other negligent or willful misconduct committed by a third party), You may be insured against

such loss through DBP's Professional Liability Insurance Policy, which is currently underwritten by American International Insurance Company. Of course, every claim is subject to the then-carrier's investigation into the facts and circumstances surrounding such claim. In the event You have reason to believe that circumstances exist which warrant the filing of an insurance claim, please send a written notice (specifying the basis for such claim), via certified mail, return receipt requested, to:

Domains By Proxy, LLC
Attn: Insurance Claims
14455 North Hayden Rd.
Suite 219
Scottsdale, AZ 85260

### e. Indemnification

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's willful misconduct, Your Registrar (the "Indemnifying Party") will indemnify and hold You harmless against any losses, damages or costs (including reasonable attorneys' fees) resulting from any claim, action, proceeding, suit or demand arising out of or related to the loss of Your domain name registration. Such indemnification obligations under this Section 10(e) are conditioned upon the following:

i. That You promptly give both DBP and the Indemnifying Party written notice of the claim, demand, or action and provide reasonable assistance to the Indemnifying Party, at its cost and expense, in connection therewith, and

ii. That the Indemnifying Party has the right, at its option, to control and direct the defense to any settlement of such claim, demand, or action.

Any notice concerning indemnification shall, with respect to DBP, be sent in accordance with Section 10(c) of this Agreement. With respect to Your Registrar, notices regarding indemnification should be sent in accordance with the notification provisions contained in Your Registrar's Domain Name Registration Agreement.

### f. Term of Agreement; Survival

The terms of this Agreement shall continue in full force and effect as long as DBP is the Registrant for any domain name on Your behalf. Sections 5 (Communications Forwarding), 6 (Limitation of Liability), 7 (Indemnity), 8 (Warranty Disclaimer) and 10 (Miscellaneous Provisions) shall survive any termination or expiration of this Agreement.

Revised: 22/09/2015
Copyright © 2003-2015 GoDaddy.com, LLC All Rights Reserved.

# EXHIBIT D

# GODADDY REGISTRATION AGREEMENT

# *GODADDY*
# *DOMAIN NAME REGISTRATION AGREEMENT*

**Last Revised: 24 November 2015**

**PLEASE READ THIS AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

This Domain Name Registration Agreement (this "Agreement") is entered into by and between GoDaddy.com, LLC, a Delaware limited liability company ("GoDaddy") and you, and is made effective as of the date of electronic acceptance. This Agreement sets forth the terms and conditions of your use of GoDaddy's Domain Name Registration services (the "Domain Name Registration Services" or the "Services").

Your electronic acceptance of this Agreement signifies that you have read, understand, acknowledge and agree to be bound by this Agreement, which incorporates by reference each of (i) GoDaddy's Universal Terms of Service Agreement ("UTOS"), (ii) all guidelines, policies, practices, procedures, registration requirements or operational standards of the top-level domain ("TLD") in which you register any domain ("Registry Policies"), and (iii) any plan limits, product disclaimers or other restrictions presented to you on the Domain Name Registration Services landing page of the GoDaddy website (this "Site"). To link to and review the Registry Policies for the TLD in which you wish to register a domain name, please click here.

The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement. Unless otherwise specified, nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

You acknowledge and agree that (i) GoDaddy, in its sole and absolute discretion, may change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site, and (ii) your use of this Site or the Services found at this Site after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services found at this Site. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your shopper account ("Shopper Account") information, including your email address, current. GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate or out-of-date email address.

GoDaddy is an Internet Corporation for Assigned Names and Numbers ("ICANN") accredited registrar. You acknowledge and agree that as an ICANN-accredited registrar, GoDaddy is bound by an agreement with ICANN. You acknowledge and agree that GoDaddy may modify this Agreement in order to comply with its agreement with ICANN, as well as any other terms and

conditions set forth by (i) ICANN and/or (ii) the registry applicable to the TLD or country code top level domain ("ccTLD") in question. As used herein, the terms "registry", "Registry", "registry operator" or "Registry Operator" shall refer to the registry applicable to the TLD or ccTLD in question. To identify the sponsoring registrar, click here.

## 2. FEES AND PAYMENTS

### (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

Please refer to the "Fees and Payments" section of our UTOS for fees, payment, refund and billing terms and conditions applicable to the Services offered under the scope of this Agreement.

### (B) DOMAIN NAME RENEWAL TERMS

When you register a domain name, you will have three renewal options: (i) "Automatic Renewal", (ii) "Extended Automatic Renewal", and (iii) "Manual Renewal":

i. Automatic Renewal. Automatic Renewal is the default setting. Therefore, unless you select either Extended Automatic Renewal or Manual Renewal, GoDaddy will enroll you in the Automatic Renewal plan. If you enroll in the Automatic Renewal plan, GoDaddy will automatically renew, for a period equivalent to the length of your original domain name registration, any domain name that is up for renewal and will take payment from the Payment Method you have on file with GoDaddy, at GoDaddy's then current rates. Thus, if you have chosen to register your domain name for one (1) year, GoDaddy will automatically renew it for one (1) year. If you have chosen to register your domain name for two (2) years, GoDaddy will automatically renew it for two (2) years, and so on.

ii. Extended Automatic Renewal. If you enroll in the Extended Automatic Renewal plan, GoDaddy will automatically renew any domain name that is up for renewal for an additional one-year period on each and every anniversary of your domain name registration, so the initial registration period will always remain intact. Thus, if you have chosen to register your domain name for two (2) years, GoDaddy will automatically renew it for one (1) additional year on each and every anniversary of your domain name registration so your two (2) year registration period will always remain intact. If you have chosen to register your domain name for five (5) years, GoDaddy will automatically renew it for one (1) additional year on each and every anniversary of your domain name registration so your five (5) year registration period will always remain intact, and so on. GoDaddy will take payment from the Payment Method you have on file with GoDaddy, at GoDaddy's then current one-year domain name registration rate.

iii. Manual Renewal. If you do not select that the domain name be automatically renewed (through either Automatic Renewal or Extended Automatic Renewal), you have the responsibility of logging into the Domain Manager portion of your Account Manager for that domain name and manually implementing the renewal by the expiration date (should you in fact want the domain name to be renewed). If you fail to manually implement the renewal before the expiration date, the domain name will be cancelled and you will no

longer have use of that name.

All renewals will be subject to the terms of this Agreement, as it may be amended from time to time, and you acknowledge and agree to be bound by the terms of this Agreement (as amended) for all renewed domains. Domain name renewals will be non-refundable. If for any reason GoDaddy is not able to take the payment from the Payment Method you have on file, and you fail to respond to our notices, your domain name registration will expire. It is your responsibility to keep your Payment Method information current, which includes the expiration date if you are using a credit card.

For certain ccTLDs (.am, .at, .be, .br, .ca, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg), renewal billing will occur on the first day of the month prior to the month of expiration.

For certain ccTLDs (.am, .at, .be, .ca, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg), you must renew no later than the 20th of the month prior to the expiration date, or your domain name will be placed in non-renewal status. For some ccTLDs (.es) you must renew no later than seven days before the expiration date, or your domain name will be placed in non-renewal status. When the domain name is in non-renewal status, you can renew the domain name only by calling GoDaddy and requesting that the domain name be renewed. You cannot renew the domain name through your Account Manager. If you fail to manually implement the renewal before the expiration date, the domain name will be cancelled and you will no longer have use of that name.

You agree that GoDaddy will not be responsible for cancelled domain names that you fail to renew, either automatically or manually in the timeframes indicated in this Agreement. In any case, if you fail to renew your domain name in a timely fashion, additional charges may apply. If you signed up for privacy services, protected registration, or any other similar service, with your domain name registration, these services will automatically be renewed when your domain name registration is up for renewal, and you will incur the applicable additional renewal fee unless you cancel in advance.

If you fail to renew your domain name in the timeframes indicated in this Agreement, you agree that GoDaddy may, in its sole discretion, renew your expired domain name on your behalf. If GoDaddy decides to renew your expired domain name on your behalf, you will have a Renewal Grace Period during which you may reimburse GoDaddy for the renewal and keep your domain name. The Renewal Grace Period is currently twelve (12) days but subject to change under the terms of this Agreement. For certain ccTLDs (.am, .at, .be, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg) there is no Renewal Grace Period after the expiration date of the domain name. If you do not reimburse GoDaddy for the renewal during the Renewal Grace Period your domain name will be placed on Hold and flagged for deletion after which you will have a 30-day redemption period during which you may pay GoDaddy a Redemption fee and redeem your domain name. The Redemption fee is currently $80.00 USD and is subject to change under the terms of this Agreement. If you do not redeem your domain name prior to the end of the 30-day redemption period GoDaddy may, in its sole discretion, delete your domain name or transfer it to another registrant on your behalf. During the redemption period your domain name may be parked.

If your domain name is deleted, the Registry also provides a 30-day Redemption Grace Period during which you may pay GoDaddy a redemption fee and redeem your domain name. The redemption fee is currently $80.00 USD and is subject to change under the terms of this Agreement. If you do not redeem your domain name prior to the end of the Registry's Redemption Grace Period the Registry will release your name and it will become available for registration on a first-come-first-served basis.

Renewal Grace Periods and Redemption Grace Periods vary for different ccTLDs. Please refer to the specific terms for the applicable TLD. In the event there is a conflict between the provisions of this paragraph and the ccTLD terms, the ccTLD terms shall control.

Our registration expiration notification policy and associated fees are described here.

## (C) FREE PRODUCT TERMS

In the event you are provided with free products with the registration of a domain name, you acknowledge and agree that such free products will only be available with a valid purchase and may be terminated in the event the domain name is deleted or cancelled.  For free domain names, you acknowledge and agree that you may not change the account associated with such free domain for the first five (5) days after registration.  In there a free domain name is offered with the registration of another domain and if the paid domain name registered fails, then we may, in its sole discretion, either delete the registration of the free domain or refund the difference between the amount paid and the value of the free domain.  Failed registrations associated with promotionals offers may result in the deletion of the free or discounted item or an adjustment between the registered domain price and the value of the discounted item, in our sole discretion.

## 3. TERM OF AGREEMENT; TRANSFERS; DOMAIN TASTING

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through GoDaddy.

You agree that you will not transfer any domain name registered through GoDaddy to another domain name registrar during the first sixty (60) days after its initial registration date.  You agree that you may not transfer any domain name for ten (10) days after a Change of Account.

You further agree that you will not engage in "domain tasting" by using the five (5) day grace period in which a registrant may choose to cancel a domain name and get a full refund of the registration fee as a vehicle to test the marketability or viability of a domain name.  If GoDaddy determines (which determination shall be made by GoDaddy in its sole and absolute discretion) that you have been engaging in "domain tasting", then GoDaddy reserves the right to (a) charge you a small fee (which fee shall be deducted from any refund issued) or (b) refuse your cancellation/refund request altogether. GoDaddy will not charge you a fee if GoDaddy cancels your domain name during the five (5) day grace period due to fraud or other activity outside of your control. The five (5) day grace period does not apply to Premium Domains, which are non-refundable.

You agree that GoDaddy shall not be bound by (i) any representations made by third parties who you may use to purchase services from GoDaddy, or (ii) any statements of a general nature, which may be posted on GoDaddy's website or contained in GoDaddy's promotional materials.

## 4. UP TO DATE INFORMATION; USE OF INFORMATION AND EXPIRATION

You agree to notify GoDaddy within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide GoDaddy with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement and a basis for suspension and/or cancellation of the domain name. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by GoDaddy to determine the validity of information provided by you, shall also be considered to be a material breach of this Agreement and a basis for suspension and/or cancellation of the domain name. You agree to retain a copy for your record of the receipt for purchase of your domain name.

You agree that for each domain name registered by you, the following contact data is required: postal address, email address, telephone number, and if available, a facsimile number for the Registered Name Holder and, if different from the Registered Name Holder, the same contact information for, a technical contact, an administrative contact and a billing contact.

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator, for their use, copying, distribution, publication, modification and other processing for (among other uses in accordance with our Privacy Policy) the purpose of administration of the domain name registration, which may require such information be transferred back and forth across international borders, to and from the U.S. to the EU, for example. As required by ICANN, this information must also be made publicly available by means of Whois, and that the registry operator may also be required to make this information publicly available by Whois. Both GoDaddy and the registry operator may be required to archive this information with a third-party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure. Registrar will not process data in a way that is incompatible with this Agreement. Registrar will take reasonable precautions to protect data from loss or misuse.

You agree that for each domain name registered by you the following information will be made publicly available in the Whois directory as determined by ICANN Policy and may be sold in bulk as set forth in the ICANN agreement:

- The domain name;
- Your name and postal address;
- The name, email address, postal address, voice and fax numbers for technical and administrative contacts;
- The Internet protocol numbers for the primary and secondary name servers;
- The corresponding names of the name servers; and
- The original date of registration and expiration date.
- Name of primary name server and secondary name server.
- Identity of the registrar.

You agree that, to the extent permitted by ICANN, GoDaddy may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

In order for us to comply with any current or future rules and policies for domain name systems including any rules or policies established by the CIRA or any provincial or federal government or by other organization having control or authority to establish rules or policies, you hereby grant to us the right to disclose to third parties through an interactive publicly accessible registration database the following information that you are required to provide when applying for a domain name:

     i. The domain or sub-domain name(s) registered by you;

     ii. Your organization name, type and postal address;

     iii. The name(s), position(s), postal address(es), e-mail address(es), voice telephone number(s) and where available the fax number(s) of the technical and administrative contacts for your domain or sub-domain name(s);

     iv. The full hostnames and Internet protocol (IP) addresses of at least two (2) name server hosts (one primary and at least one secondary) for your domain or sub-domain name. Up to six (6) name servers may be specified. If a host has more than one (1) IP address, use a comma-separated list;

     v. The corresponding names of those name servers;

     vi. The original creation date of the registration; and

     vii. The expiration date of the registration.

We may be required to make this information available in bulk form to third parties. We may also transfer or assign this information to CIRA or such other third party as we may decide, in our sole discretion.

## 5. DISPUTE RESOLUTION POLICY

You agree to be bound by our current Dispute Resolution Policy. This policy is incorporated herein and made a part of this Agreement. You can view the Uniform Domain Name Dispute Resolution Policy online. You agree that GoDaddy may from time to time modify its Dispute Resolution Policy. GoDaddy will post any changes to its Dispute Resolution Policy at least thirty (30) days before they become effective. You agree that by maintaining your domain name registrations with GoDaddy after the updated policy becomes effective that you agree to the Dispute Resolution policy as amended. You agree to review GoDaddy's website periodically to determine if changes have been made to the Dispute Resolution Policy. If you cancel or terminate your Services with GoDaddy as a result of the modified Dispute Resolution policy, no fees will be refunded to you. You also agree to submit to proceedings commenced under ICANN's Uniform Rapid Suspension System, if applicable.

You agree that if a dispute arises as a result of one (1) or more domain names you have registered using GoDaddy, you will indemnify, defend and hold GoDaddy harmless as provided for in this Agreement. You also agree that if GoDaddy is notified that a complaint has been filed with a governmental,

administrative or judicial body, regarding a domain name registered by you using GoDaddy, that GoDaddy, in its sole discretion, may take whatever action GoDaddy deems necessary regarding further modification, assignment of and/or control of the domain name deemed necessary to comply with the actions or requirements of the governmental, administrative or judicial body until such time as the dispute is settled. In this event you agree to hold GoDaddy harmless for any action taken by GoDaddy.

You agree to submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of your domicile, (2) where registrar is located or (3) where the registry operator is located (e.g., China for .CN, Columbia for .CO, UK for .EU, etc.).

In the case of .ca domain names, you agree that, if your use of the service or the registration of a .ca domain name is challenged by a third party, you will be subject to the provisions specified by CIRA in their dispute resolution policy, in effect at the time of the dispute.

## 6. TRANSFER OF DOMAIN NAMES; RESALE PRACTICES

If you transfer any domain name, you agree to provide the information required by, and to abide by, the procedures and conditions set forth in our Domain Name Transfer Agreement. You may view the latest version of our Domain Name Transfer Agreement online. In order to further protect your domain name, any domain name registered with GoDaddy or transferred to GoDaddy shall be placed on lock status. The domain name must be placed on unlock status in order to initiate a transfer of the domain name away from GoDaddy to a new Registrar. You may log into your account with GoDaddy at any time after your domain name has been successfully transferred to GoDaddy, and change the status to unlock.

In the event you are purchasing a domain name on behalf of a third party, you agree to inform any customer of yours, who may be acquiring a domain name through you using GoDaddy's registration services, that they are in fact registering their domain name through GoDaddy and that GoDaddy is an accredited registrar with ICANN. You agree not to represent that you are an ICANN-accredited registrar or that you are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of your promotional materials including your website.

You agree to obtain each of your customers' acceptances to the then current version of this Agreement, and to retain evidence of their acceptance for a period of not less than three (3) years. Should you require that your customers accept additional terms and conditions that are not required by GoDaddy, you agree that such additional terms and conditions shall not conflict with this Agreement and the policies and procedures adopted by ICANN.

You agree that GoDaddy is not lending you access to its registrar connections or its registry access, nor will you be deemed to be a registrar in your own right. Furthermore, you agree you will not attempt to gain access to GoDaddy's registrar connections or registry access. You agree to provide complete, accurate and current data for each registrant to be added to a registry in accordance with ICANN requirements for inclusion in the Whois database.

You agree to provide your customers with adequate customer support, and to maintain contact with them with regard to providing a medium for them to communicate changes in the information they provided as part of the domain name registration process. Upon receiving corrected or updated information you

will, within five (5) business days, provide such information to GoDaddy so GoDaddy may update its registration records. You will retain copies of all communications between you and your customers and will upon request provide GoDaddy copies of same.

## 7. YOUR OBLIGATIONS; SUSPENSION OF SERVICES; BREACH OF AGREEMENT

You represent and warrant to the best of your knowledge that, neither the registration of the domain nor the manner it is directly or indirectly used, infringes the legal rights of any third party. You will comply with all applicable laws, including, but not limited to those relating to privacy, data collection, consumer protection, fair lending, debt collection, organic farming, and disclosure of data and financial disclosures. If you collect and maintain sensitive health and financial data, you must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law. You represent that you possess any necessary authorization, charter, license, and/or other related credential for participation in the sector associated with the associated registry tld string. You will report any material changes to the validity of your authorization, charter, license, and/or other related credential. You will indemnify and hold harmless the registrar and registry operator, and their directors, officers, employees and agents, from and against any and all claims, damages, liabilities, costs and expenses (including reasonable legal fees and expenses) arising out of or related to the domain name registration. This obligation shall survive expiration or termination of this Agreement or the domain name registration.

You agree that, in addition to other events set forth in this Agreement:

i.  Your ability to use any of the services provided by GoDaddy is subject to cancellation or suspension in the event there is an unresolved breach of this Agreement and/or suspension or cancellation is required by any policy now in effect or adopted later by ICANN;

ii.  Your registration of any domain names shall be subject to suspension, cancellation or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any GoDaddy procedure not inconsistent with an ICANN adopted specification or policy (a) to correct mistakes by GoDaddy or the registry operator in registering any domain name; or (b) for the resolution of disputes concerning any domain name.

You acknowledge and agree that GoDaddy and registry reserve the right to deny, cancel or transfer any registration or transaction, or place any domain name(s) on registry lock, hold or similar status, as either deems necessary, in the unlimited and sole discretion of either GoDaddy or the registry: (i) to comply with specifications adopted by any industry group generally recognized as authoritative with respect to the Internet (e.g., RFCs), (ii) to correct mistakes made by registry or any registrar in connection with a domain name registration, (iii) for the non-payment of fees to registry, (iv) to protect the integrity and stability of the registry, (v) to comply with any applicable court orders, laws, government rules or requirements, requests of law enforcement, or any dispute resolution process, (vi) to comply with any applicable ICANN rules or regulations, including without limitation, the registry agreement, (vii) to avoid any liability, civil or criminal, on the part of registry operator, as well as its affiliates, subsidiaries, officers, directors, and employees, (viii) per the terms of this Agreement, (ix) following an occurrence of any of the prohibited activities

described in Section 8 below, or (x) during the resolution of a dispute.

You agree that your failure to comply completely with the terms and conditions of this Agreement and any GoDaddy rule or policy may be considered by GoDaddy to be a material breach of this Agreement and GoDaddy may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide GoDaddy with material evidence that you have not breached your obligations to GoDaddy within ten (10) business days, GoDaddy may terminate its relationship with you and take any remedial action available to GoDaddy under the applicable laws. Such remedial action may be implemented without notice to you and may include, but is not limited to, cancelling the registration of any of your domain names and discontinuing any services provided by GoDaddy to you. No fees will be refunded to you should your Services be cancelled or terminated because of a breach.

GoDaddy's failure to act upon or notify you of any event, which may constitute a breach, shall not relieve you from or excuse you of the fact that you have committed a breach.

## 8. RESTRICTION OF SERVICES; RIGHT OF REFUSAL

You agree not to use the services provided by GoDaddy, or to allow or enable others, to use the services provided by GoDaddy for the purposes of:

- The transmission of unsolicited email (Spam); and
- Repetitive, high volume inquires into any of the services provided by GoDaddy (i.e. domain name availability, etc.).

You acknowledge and agree that you are prohibited from distributing malware, abusively operating botnets, phishing, piracy, trademark or copyright infringement, fraudulent or deceptive practices, counterfeiting or otherwise engaging in activity contrary to applicable law, and you acknowledge and agree that the consequences for such activities include suspension of the domain name.

If you are hosting your domain name system ("DNS") on GoDaddy's servers, or are using our systems to forward a domain name, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with GoDaddy, you are responsible for ensuring there is no excessive overloading on GoDaddy's servers. You may not use GoDaddy's servers and your domain name as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that GoDaddy reserves the right to deactivate your domain name from its DNS if GoDaddy deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that GoDaddy, in its sole discretion and without liability to you, may refuse to accept the registration of any domain name. GoDaddy also may in its sole discretion and without liability to you delete the registration of any domain name during the first thirty (30) days after registration has taken place. GoDaddy may also cancel the registration of a domain name, after thirty (30) days, if that name is being used, as determined by GoDaddy in its sole discretion, in association with spam or morally objectionable activities. Morally objectionable activities will include, but not be limited to:

- Activities prohibited by the laws of the United States and/or foreign territories in which you conduct business;

- Activities designed to encourage unlawful behavior by others, such as hate crimes, terrorism and child pornography; and

- Activities designed to harm or use unethically minors in any way.

In the event GoDaddy refuses a registration or deletes an existing registration during the first thirty (30) days after registration, you will receive a refund of any fees paid to GoDaddy in connection with the registration either being cancelled or refused. In the event GoDaddy deletes the registration of a domain name being used in association with spam or morally objectionable activities, no refund will be issued.

## 9. DEFAULT SETTINGS; PARKED PAGE

Choosing Your Domain Name Settings. When you register a domain name with GoDaddy, you will be prompted to choose your domain name settings during the checkout process. If you plan on using another provider for your website or hosting needs, then you should enter the name servers of such provider when you choose your domain name settings. This will direct your domain name away from GoDaddy's name servers. If you are an existing GoDaddy customer and have already set up a customer profile designating your domain name settings for new domain name registrations, you will not need to complete this step again during the checkout process.

GoDaddy's Default Settings. If you do not direct your domain name away from GoDaddy's name servers as described above, GoDaddy will direct your domain name to a "Parked Page" ("Default Setting"). You acknowledge and agree that GoDaddy has the right to set the Default Setting.

Parked Page Default Setting. GoDaddy's Parked Page service is an online domain monetization system designed to generate revenue (through the use of pay per click advertising) from domain names that are not actively being used as websites. If your domain name is directed to a Parked Page, you acknowledge and agree that GoDaddy may display both (a) in-house advertising (which includes links to GoDaddy products and services) and (b) third-party advertising (which includes links to third-party products and services) on your Parked Page through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, or any other advertising means, and we may aggregate for our own use, related usage data by means of cookies and other similar means. In addition, you acknowledge and agree that all in-house and third-party advertising will be selected by GoDaddy and its advertising partners, as appropriate, and you will not be permitted to customize the advertising, or entitled to any compensation in exchange therefor. Please note that the third-party advertising displayed on GoDaddy's Parked Pages may contain content offensive to you, including but not limited to links to adult content. GoDaddy makes no effort to edit, control, monitor, or restrict the content and third-party advertising displayed on GoDaddy's Parked Pages, and expressly disclaims any liability or responsibility to you or any third party in connection therewith.

Changing GoDaddy's Default Settings. You may change GoDaddy's Default Settings at any time during the term of your domain name registration.

  i.  Content Displaying On Your Parked Page. You can not modify the content displaying on your Parked Page. You may select one of the other options listed below.

  ii. Participating In Domain Name Monetization. If you wish to participate in the domain monetization potential presented by

GoDaddy's Parked Page service, please review and consider purchasing our CashParking® service.

iii. No Content. If the options listed above are not acceptable to you and you would prefer that no content display on your domain name, please contact customer support.

Return To Parked Page Default Setting Upon Domain Name Expiration. Upon domain name expiration, and regardless of how you use your domain name during the term of your domain name registration, your domain name will automatically return to the Parked Page Default Setting described above. As used in this paragraph, "expiration" is deemed to include any "renewal period" or "redemption period" immediately after the domain name expires, but before the domain name is returned to the registry. Once your domain name has returned to the Parked Page Default Setting described above, the only way to opt out of the Parked Page service is to renew, redeem, or re-register your domain name in accordance with Section 2(B), Domain Name Renewal Terms, of this Agreement.

## 10. DOMAIN ADD-ONS

**Business Registration:** Business registration allows You to display additional information about the business that is the basis of Your domain name, including, but not limited to, such information as Your fax number, street address, and hours of operation.

**Certified Domains.** The certified domain service generally allow You to: (i) put a Certified Domain Validation seal on Your website; and (ii) have Your domain name listed as "Certified", in WHOIS lookups on our website.   The Certified Domain Validation seal renews independently of Your domain. When You renew Your domain, You must also, when necessary, separately renew Your Certified Validation seal. However, the Certified Domain Validation seal can be cancelled independently of Your domain. If the domain is cancelled, the Certified Domain associated with the cancelled domain will automatically cancel.   The Certified Domain seal is a trademark and is protected by copyright, trademark and other intellectual property laws. You may use the Certified Domain seal only in conjunction with the purchase of the Services set forth in the Agreement, and subject to the terms and conditions hereof. Other than provided for in this Agreement, You may not otherwise use, reproduce, or modify the mark for any additional promotional use, without our prior written approval. Your right to the use of the Certified Domain seal is immediately terminated upon expiration or termination of this Agreement.

**Expiration Consolidation.**   You understand and acknowledge the expiration consolidation service may only be used to consolidate the expiration of .com and .net domain names. The service may not be used to consolidate domains that are on Registrar HOLD, Registry HOLD, or pending Transfer status. You acknowledge the service may only be used to push the expiration date of Your domains forward in time, at least one (1) month forward and no more than ten (10) years forward, and then, only for a period lasting less than twelve (12) months. Once the service has been used to consolidate domains, the new expiration date may not be reversed. To ensure the service is not abused or used as an alternative to renewals, you may only use the service on each domain once in any 12-month period. The service may only be used on domain names that have not passed their expiration date. In order to change the expiration date again, You will be required to renew the domain name first. You further understand and acknowledge the service may only be used to coordinate domains where we are the registrar of record. Domains not registered with us

must be transferred before we can perform the Service.

**Discount Domain Club.** In exchange for purchasing a Discount Domain Club membership, You will be able to purchase discounted products and services from us, including discounts on selected domain registrations, one (1) free Auctions account, one (1) free CashParking account, and discounts on Domain Buy Service. You are required to keep Your membership current as long as You have free or discounted products or services that are renewed with us. If You fail to renew Your membership, without canceling Your discounted domain registration or other services, we will automatically renew Your products and services at the regular pricing in effect at the time of renewal, charging the Payment Method on file for You, and You will be unable to purchase any more discounted products or services, or use Your free accounts until the Membership Agreement fee has been paid. All membership fees are non-refundable.

**Backordering/Monitoring.** You agree a domain name that has expired shall be subject first to a grace period of twelve (12) days, followed by the ICANN-mandated redemption grace period of thirty (30) days. During this period of time, the current domain name registrant may renew the domain name and retain ownership. We do not guarantee your backorder will result in you obtaining the domain name and expressly reserves the right to (a) refuse additional backorders or (b) cancel existing backorders at any time for any reason. If your backorder is refused or cancelled, we agree to promptly refund any fees paid for such domain name backorder. The domain name may also be placed in a secondary market for resale through the Auctions® service. In order for the backorder request to remain effective, you must have an active Auctions membership. After your first year of Auctions membership, you agree that unless otherwise advised, we will automatically renew your Auctions membership using the payment method you have on file for so long as your backorder credit is active. You may learn more about Auctions by visiting the Auctions website. The domain name may also be subject to a drop pool process before it is available for purchasing. You understand we and our registrar affiliates use our services, including backordering. Therefore, the domain name may be registered with a different registrar, but can be managed through your account. By using the Services, you will be able to, among other things:

i. Backorder any domain name under the top level domains .COM, .NET, .US, .BIZ, .INFO, .ORG, .MOBI. A backorder for a domain name will include the price of up to a one-year domain name registration. Should you successfully backorder any domain name, you will be subject to the terms and conditions of the Domain Name Registration and related agreements, which are incorporated herein by reference.

ii. Change your backorder until you obtain a domain name. You will have the opportunity to change the credit to a different domain name until you successfully capture one. After three (3) years, if the credit is not used, we reserves the right to remove the credit.

iii. Subscribe monthly to an expiring domain name list. You may also choose to purchase a subscription to a list of domain names expiring within the next five (5) days. If you subscribe to the expiring domain name list, you agree the payment method you have on file may be charged on a monthly subscription basis for the term of the Services you purchase.

iv. Select domain names off the expiring domain name list you would like to register. Each domain name you attempt to backorder will include the price of up to a one-year domain name registration, as

set forth in subsection (i) above.

v. Monitor your currently registered domain names for changes in registrar, status, expiration date or name servers at no additional cost.

vi. Subscribe to Domain Alert Pro which enables you to monitor any currently registered domain name, regardless of registrar, for historical tracking of status changes and designation of multiple email notification addresses.

**Ownership Protection.** The ownership protection service generally allow You to: (i) protect against losing a domain name; (ii) disallow the transfer of a domain name while this Service is active on that name; and (iii) receive an annual domain name report detailing the status of all domain names protected under this Service. Subject to applicable rules, domain names can be transferred from registrar to registrar and from registrant to registrant. However, the Service protects against and prevent both kinds of transfers. Once You have elected to purchase the Service for any and all domain names, the automatic renewal function will be activated for each domain name and those names will not be transferable until the renewal of the Service. Accordingly, You acknowledge and agree You have carefully considered the implications accompanying the purchase of the Service and understand the restrictions the Service will place upon Your ability to transfer any domain names for which You have purchased the Service. You further acknowledge and agree any domain name for which You have purchased the Service will not be transferable for any reason until the next regularly occurring renewal of such domain name, provided, You have previously elected to deactivate the Service for that particular domain name, which deactivation may not occur until the expiration of the current term of the Service. By way of example and not as a limitation, if You elect to purchase the Service for a domain name, which You have registered for a period of five (5) years, the Service will remain active for the same five (5) year period and You will not be able to engage in any transfer whatsoever of that domain name during such five (5) year period.

**Premium Domain Names.**

1. Description of Service.  The Premium Domain Name service ("Service") is provided to facilitate the buying and selling of currently registered domain names. We provide a venue and a transaction facilitation process. We are not an auctioneer or an escrow agent. We are not in custody of all of the domain names listed on the web site. As result, we have no control over the quality, safety or legality of the domain names listed. Domain names listed may be withdrawn at any time by the seller or by us. We act as a transaction facilitator to help You make and receive payments from third parties. We are not an escrow agent, rather we act as Your agent based upon Your direction and requests to use the Services that require us to perform tasks on Your behalf. We will not use Your funds for its operating expenses or any other corporate purposes, and will not voluntarily make funds available to its creditors in the event of bankruptcy or for any other purpose. You acknowledge we are not a bank and the Service is a payment processing service rather than a banking service. You further acknowledge we are not acting as a trustee, fiduciary or escrow with respect to Your funds.  In all transactions, where the domain name is registered to us, domain names purchased through the Service may not be transferred away from us to another registrar for a period of sixty (60) days following the change of ownership date.

2. Your Obligations.

*Listing Domain Names.* You may use the Services to list domain names to which You: (i) have ownership rights for sale; and (ii) are able to transfer in accordance with Your obligations under this Agreement. By using the Services for such purposes, You represent and warrant that: (i) You have all rights, titles and interests in the domain name necessary to complete the transaction; (ii) the domain name does not infringe on the intellectual property rights of anyone else; and (iii) You have the right to transfer the domain name in accordance with Your obligations under this Agreement. You further agree the domain name is not currently or will not in the foreseeable future be associated with a Uniform Dispute Resolution Policy Dispute or other such litigation. In the event You are unable to comply or fail to comply with Your obligations under this Agreement, we expressly reserves the right to delist any or all of Your domain names immediately upon becoming aware of Your failure to comply. You may list Your domain name for any duration offered on the web site. You agree to pay the listing fee associated with the duration period You choose at the time of the listing. You may choose to supplement the listing with various additional services provided, if any. By using the additional services, You agree to pay any additional charges we may associate with the additional services. We reserve the right to modify its pricing structure at any time. If You find a Buyer using the Services, the transaction must be completed within the Services. For each transaction completed within the Services, You agree to pay us a transaction fee according to the fee schedule published on the site . Such transaction fee will be payable directly to us. You agree You will not sell the domain name to any Buyer found through the Services without using the Services to complete the transaction. Should we find You are circumventing the Services, we reserve the right to terminate Your account and cancel all of Your listings. In the event that you update your sale price, you acknowledge and agree that it may take up to 24 hours to update the price shown to buyers. In the event your domain name sells prior to the price being updated on the website, you agree that the price listed will be enforced.

*Purchasing Domain Names.* As a Buyer, You are obligated to complete the transaction if You purchase the domain name. You acknowledge that some listed domain names may be subject to an additional registration fee. For those domain names, the registration fee will be added to the price to form the purchase price. You agree that by completing the transaction, You are responsible for payment of the registration fee. By initiating and sending payments through the Service, You appoint us as Your agent to obtain the funds on Your behalf and transfer them to the recipient You designate. We will obtain the funds first by the Payment Method You have designated. If there are insufficient funds or invalid credit card information, we may obtain the remaining funds by charging any Payment Method You have on file. Once You send payment, we will hold those funds as Your agent for a prescribed period of time based on the type of transaction, at which time we will release the funds to the Seller. At no time will You be able to withdraw those funds or send the funds to another recipient unless the initial transaction is canceled. Should the Seller refuse payment, the funds, minus the administration fee as outlined in the pricing structure, will be returned to You. You agree that we are not responsible for payments refused by Seller.

*Transfer of Ownership.* We does not own all of the domain names listed on the Site and cannot guarantee immediate transfer. For domain names we do own, transfer of ownership will begin upon completion of the check out procedure. Further, the transfer by us of any domain name to a buyer is done without warranty and we expressly waive any and all warranties or representations that a domain name does not infringe upon the intellectual rights of a third party.

*Selling Domain Names.* As a Seller, You are obligated to complete the transaction if the Buyer commits to purchase the domain. By receiving payments through the Service, You appoint us as Your Agent to receive and deposit funds on Your behalf. You must, at the time of listing of Your domain name, establish a payee account. Payments for completed domain name sales will be credited to Your payee account. After a fraud holding period, if no fraud has been detected, your funds will be paid according to the payment method you select in your payee account. Typically, payments are made as follows:

**Electronic (ACH)** — Processed the same day and remitted within two business days, depending on your financial institution

**PayPal®** — Processed the same day and remitted within one business day

**Good As Gold** — Processed the same day and remitted within one business day

**Check** — Processed weekly and mailed to you within 9 business days

If you do not have a payee account, we will process payment by check by default. Beginning January 1, 2013, you will be charged a $25.00 processing fee for all check payments. You hereby authorize us to initiate and post credit (positive) entries for payments to the payee account. You understand the amount initiated and posted to the payee account will represent payment for domain names sold using the Service, less any applicable fees and/or charge backs. You hereby authorize us to initiate and post debit (negative) entries to the payee account to reverse erroneous payments and/or make adjustments to incorrect payments. The authority granted to us by the payee account owner herein will remain in full force and effect until we have received written notification from the payee account owner that such authority has been revoked, but in any event, such writing shall be provided in such a manner as to afford us a reasonable opportunity to act on such revocation, or until we have sent notice to terminate this Agreement. In the event of a payment charge back, we will deduct the amount of the payment from Seller's payment method on file. In the event that chargeback experience is high, as determined by us, we reserve the right to hold back twenty percent (20%) of all Seller's payments for ninety (90) days from the date the payment was to be paid.

**Transfer Validation.** The transfer validation service is provided to help You keep Your domain name secure. By choosing to use the service, You are making an explicit and voluntary request to us to deny all attempts to transfer Your domain name to another registrar, or to move Your domain name to another account, unless You verify each request as described herein. You will provide us with a contact name, phone number and PIN for domain transfer validations. You will be contacted by us when a domain transfer is requested for a domain name in Your account. When we receive a transfer request, we will call You to verify the transfer request. If we cannot reach You with seventy-two (72) hours of receipt of the transfer request, the transfer will be denied. If You do not provide the proper PIN, the transfer will be denied. When we receive a change of account request, we will call You to verify the change request. If we cannot reach You with seventy-two (72) hours of receipt of the change request, the change will be denied. If You do not provide the proper PIN, the change will be denied. Availability of Services are subject to the terms and conditions of this Agreement and each of our policies and procedures. We shall use commercially reasonable efforts to attempt to provide certain portions of the Services on a twenty-four (24) hours a day, seven (7) days a week basis throughout the term of this Agreement and other portions of the service, during normal business hours. You acknowledge and agree that from time to time the Services may be

inaccessible or inoperable for any reason, including, without limitation: (i) equipment malfunctions; (ii) periodic maintenance procedures or repairs that we may undertake from time to time; or (iii) causes beyond the reasonable control of us or that are not reasonably foreseeable by us, including, without limitation, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures. You acknowledge and agree that we has no control over the availability of the service on a continuous or uninterrupted basis.

**Total/Premium DNS.** Total DNS is a complete Domain Name System ("DNS") tool that allows you to manage your DNS and keep your website and web-based applications available and performing reliably. The service is provided "as is", "as available", and "with all faults", and we assume no liability or responsibility regarding the same.

In addition, you specifically acknowledge and agree that we shall have no liability or responsibility for any:

    i. Service interruptions caused by periodic maintenance, repairs or replacements of the Global Nameserver Infrastructure (defined below) that we may undertake from time to time;

    ii. Service interruptions caused by you from custom scripting, coding, programming or configurations;

    iii. Service interruptions caused by you from the installation of third-party applications;

    iv. Service interruptions that do not prevent visitors from accessing your website, but merely affect your ability to make changes to your website, including but not limited to, changes via mechanisms such as file transfer protocol ("FTP") and email; or

    v. Service interruptions beyond the reasonable control of us or that are not reasonably foreseeable by us, including, but not limited to, power outages, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures.

Subject to the provisions of Force Majeure below, we offer a service uptime guarantee ("Service Uptime Guarantee") for paid services of 99.999% availability (defined below). You shall receive service credits for any Outage (defined below) of the service covered by the Service Uptime Guarantee. The service credits shall be applied as extensions to the terms of the affected Service. The Service Uptime Guarantee shall become effective fourteen (14) days after your purchase of the Service covered by the Service Uptime Guarantee to allow both parties time to properly configure and test the Service.

*Definitions*. For the purposes of the Service Uptime Guarantee, the following definitions shall apply:

    i. "Global Nameserver Infrastructure": The group of systems (servers, hardware, and associated software) that are responsible for delivering the Services. The Global Nameserver Infrastructure does not include web-based user interfaces, zone transfer mechanisms, update systems, or other customer-accessible data access or manipulation methods.

    ii. "99.999% availability": A guarantee that the Global Nameserver Infrastructure shall be available to respond to DNS queries 99.999% of the time.

    iii. "<u>Outage</u>": A period in which the Global Nameserver Infrastructure did not maintain 99.999% availability.

<u>Exclusions</u>. For the purposes of the Service Uptime Guarantee, downtime due to the following events shall not be considered an Outage:

    i. Service interruptions caused by "<u>Regularly Scheduled Maintenance</u>", which shall be defined as any maintenance performed on the Global Nameserver Infrastructure of which customer is notified twenty-four (24) hours in advance. Email notice of Regularly Scheduled Maintenance shall be provided to customer's designated email address;

    ii. Service interruptions caused by you from custom scripting, coding, programming or configurations;

    iii. Service interruptions caused by you from the installation of third-party applications;

    iv. Service interruptions that do not prevent visitors from accessing your website, but merely affect your ability to make changes to your website, including but not limited to, changes via mechanisms such as file transfer protocol ("<u>FTP</u>") and email; or

    v. Service interruptions beyond the reasonable control of us or that are not reasonably foreseeable by us, including, but not limited to, power outages, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures.

We, in our sole and absolute discretion, shall determine whether an event shall be considered an Outage.

<u>Remedies</u>. For the purposes of the Service Uptime Guarantee, when the customer becomes aware of an Outage, the customer shall open a ticket with our technical support services within five (5) calendar days of the Outage. If we determine that an Outage did occur, then the customer shall receive a service credit in the amount of two (2) months for any affected Services. The service credit shall be applied as an extension to the term of the affected Services. A customer's Account shall not be credited more than once per month under the Service Uptime Guarantee.

To qualify for a service credit, you must have a current and valid subscription to the Services affected, and must have an Account in good standing with us. Service credits will not apply to any charges or Services other than the Services for which the Service Uptime Guarantee was not met. Customers with subscriptions for more than one Service will not receive credits for unaffected Services. The remedies set forth herein shall be the sole and exclusive remedies if we do not meet the Service Uptime Guarantee.

In the event either party is unable to carry out its material obligations under this Agreement by reason of Force Majeure those obligations will be suspended during the continuance of the Force Majeure, provided the cause of the Force Majeure is remedied as quickly as practicable. The term "<u>Force Majeure</u>" means any event caused by occurrences beyond a party's reasonable control, including, but not limited to, acts of God, fire or flood, war, terrorism, governmental regulations, policies or actions enacted or taken subsequent to execution of this Agreement, or any labor, telecommunications or other utility shortage, outage or curtailment.

If your Services include Domain Name System Security Extensions ("DNSSEC"), you will be able to secure your domain names with DNSSEC. DNSSEC is designed to protect you from forged DNS data so "hackers" cannot direct visitors to your website to a forged site.

DNSSEC works by using public key cryptography. You acknowledge and agree that if the keys do not match, a visitor's lookup of your website may fail (and result in a "website not found" error) and we assume no liability or responsibility regarding the same. In addition, DNSSEC responses are authenticated, but not encrypted. You acknowledge and agree that DNSSEC does not provide confidentiality of data, and we assume no liability or responsibility regarding the same.

We prohibit the running of a public recursive DNS service on any server. All recursive DNS servers must be secured to allow only internal network access or a limited set of IP addresses. We actively scan for the presence of public recursive DNS services and reserves the right to remove any servers from the network that violate this restriction.

## 11. PRE-REGISTRATIONS

If you submit an application for pre-registration of a domain name, GoDaddy does not guarantee that the name will be secured for you, or that you will have immediate access to the domain name if secured. GoDaddy may use third-party service providers for the pre-registration services.

## 12. PROVISIONS SPECIFIC TO ALL REGISTRATIONS

*Unless otherwise noted, the provisions below in this Section 12 are generally applicable to all TLDs that we offer. Special provisions specific to any TLD or ccTLD (those in addition to posted Registry Policies) are identified elsewhere below in this Agreement.*

*Registry Policies*. You agree to be bound by all Registry Policies (defined above in this Agreement) applicable to your domain name registration (at any level). IT IS YOUR RESPONSIBILITY TO VISIT THE APPLICABLE TLD SITE AND READ AND REVIEW ALL APPLICABLE REGISTRY POLICIES PRIOR TO YOUR REGISTRATION IN THE TLD. REGISTRY POLICIES FOR EACH TLD CAN BE FOUND BY VISITING THE CORRESPONDING TLD LINK LISTED HERE. Notwithstanding anything in this Agreement to the contrary, the Registry Operator of the TLD in which the domain name registration is made is and shall be an intended third party beneficiary of this Agreement. As such the parties to this agreement acknowledge and agree that the third party beneficiary rights of the Registry Operator have vested and that the Registry Operator has relied on its third party beneficiary rights under this Agreement in agreeing to GoDaddy being a registrar for the respective TLD. The third party beneficiary rights of the Registry Operator will survive any termination of this Agreement.

*Registration Requirements*. To the extent any TLD or ccTLD requires you meet eligibility (e.g., residency for .JP, .EU, etc.), validation (e.g., DNS validation) or other authentication requirements as a condition to registering a domain name in the TLD, you agree that by submitting an application or registering or renewing your domain name, you represent and warrant that: (a) all information provided to register or renew the domain name (including all supporting documents, if any) is true, complete and correct, and is not misleading in any way, and the application is made in good faith; (b) you meet, and will continue to meet, the eligibility criteria prescribed in the Registry Policies for the applicable TLD for the duration of the domain name registration; (c) you have not previously submitted an

application for the domain name with another registrar using the same eligibility criteria, and the other registrar has rejected the application (if applicable); (d) you acknowledge and agree that even if the domain name is accepted for registration, your entitlement to register the domain name may be challenged by others who claim to have an entitlement to the domain name; and (e) you acknowledge and agree that the Registry or the registrar can cancel the registration of the domain name if any of the warranties required are found to be untrue, incomplete, incorrect or misleading.

*Ownership.*  You acknowledge and agree that registration of a domain name does not create any proprietary right for you, the registrar, or any other person in the name used as a domain name or the domain name registration and that the entry of a domain name in the Registry shall not be construed as evidence or ownership of the domain name registered as a domain name. You shall not in any way transfer or purport to transfer a proprietary right in any domain name registration or grant or purport to grant as security or in any other manner encumber or purport to encumber a domain name registration.

*ICANN Requirements.* You agree to comply with the ICANN requirements, standards, policies, procedures, and practices for which each applicable Registry Operator has monitoring responsibility in accordance with the Registry Agreement between ICANN and itself or any other arrangement with ICANN.

*Indemnification of Registry.*  You agree to indemnify, defend and hold harmless (within 30 days of demand) the Registry Operator and Registry Service Provider and their subcontractors, subsidiaries, affiliates, divisions, shareholders, directors, officers, employees, accountants, attorneys, insurers, agents, predecessors, successors and assigns, from and against any and all claims, demands, damages, losses, costs, expenses, causes of action or other liabilities of any kind, whether known or unknown, including reasonable legal and attorney's fees and expenses, in any way arising out of, relating to, or otherwise in connection with the your domain name registration, including, without limitation, the use, registration, extension, renewal, deletion, and/or transfer thereof and/or the violation of any applicable terms or conditions governing the registration. You shall not enter into any settlement or compromise of any such indemnifiable claim without Registrar's or Registry Operator's prior written consent, which consent shall not be unreasonably withheld, and you agree that these indemnification obligations shall survive the termination or expiration of the Agreement for any reason.   IN NO EVENT SHALL THE REGISTRY OPERATOR BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY DIRECT,   INDIRECT,   INCIDENTAL,   CONSEQUENTIAL,   SPECIAL, EXEMPLARY OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFIT OR GOODWILL,   FOR   ANY   MATTER,   WHETHER   SUCH   LIABILITY   IS ASSERTED   ON   THE   BASIS   OF   CONTRACT,   TORT   (INCLUDING NEGLIGENCE),   BREACH   OF   WARRANTIES,   EITHER   EXPRESS   OR IMPLIED, ANY BREACH OF THIS AGREEMENT OR ITS INCORPORATED AGREEMENTS AND POLICIES YOUR INABILITY TO USE THE DOMAIN NAME, YOUR LOSS OF DATA OR FILES OR OTHERWISE, EVEN IF THE REGISTRY OPERATOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

*Regulated TLDs.*   For domain name registration in any "Regulated" TLD, you acknowledge and agree your registration is subject to the following additional requirements: (a) comply with all applicable laws, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct), fair lending, debt collection, organic farming, disclosure of data, and financial disclosures; (b) if you collect and maintain sensitive health

and financial data you must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law. Regulated TLDs include:

*.games, .juegos, .school, .schule, .toys, .eco, .care, .diet, .fitness, .health, .clinic, .dental, .healthcare, .capital, .cash, .broker, .claims, .exchange, .finance, .financial, .fund, .investments, .lease, .loans, .market, .money, .trading, .credit, .insure, .tax, .mortgage, .degree, .mba, .audio, .book, .broadway, .film, .movie, .music, .software, .fashion, .video, .app, .art, .band, .cloud, .data, .digital, .fan, .free, .gratis, .discount, .sale, .media, .news, .online, .pictures, .radio, .show, .theater, .tours, .accountants, .architect, .associates, .broker, .legal, .realty, .vet, .engineering, .law, .limited, .show; .theater; .town, .city, .reise, and .reisen*

*Highly Regulated TLDs.* In addition to the requirements for Regulated TLDs, domain name registration in any Highly-Regulated TLD is subject to the following requirements: (a) you will provide administrative contact information, which must be kept up-to-date, for the notification of complaints or reports of registration abuse, as well as the contact details of the relevant regulatory, or Industry self-regulatory, bodies in their main place of business; (b) you represent that you possess any necessary authorizations, charters, licenses and/or other related credentials for participation in the sector associated with such Highly-regulated TLD; and (c) you will report any material changes to the validity of you authorizations, charters, licenses and/or other related credentials for participation in the sector associated with the Highly-regulated TLD to ensure you continue to conform to the appropriate regulations and licensing requirements and generally conduct your activities in the interests of the consumers they serve. Highly Regulated TLDs include:

*.abogado, .attorney, .bank, .bet, .bingo, .casino .charity (and IDN equivalent xn--30rr7y), .cpa, .corp, creditcard, .creditunion .dds, .dentist, .doctor, .fail, .gmbh, .gripe, .hospital, .inc, .insurance, .lawyer, .lifeinsurance, .llc, .llp, .ltda, .medical, .mutuelle, .pharmacy, .poker, .university, .sarl, .spreadbetting, .srl, .sucks, .surgery .university, .vermogensberater, .vesicherung, and .wtf*

*Special Safeguard TLDs.* In addition to the requirements for Regulated and Highly-Regulated TLDs, by registering a domain name in any "Special-Safeguard" TLD, you agree to take reasonable steps to avoid misrepresenting or falsely implying that you or your business is affiliated with, sponsored or endorsed by one or more country's or government's military forces if such affiliation, sponsorship or endorsement does not exist. Special Safeguard TLDs include:

*.army, .navy, .airforce*

*Third Party Beneficiary.* Notwithstanding anything in this Agreement to the contrary, the Registry Operator for any TLD in which your register a domain name is and shall be an intended third party beneficiary of this Agreement. As such the parties to this agreement acknowledge and agree that the third party beneficiary rights of the Registry Operator have vested and that the Registry Operator has relied on its third party beneficiary rights under this Agreement in agreeing to GoDaddy being a registrar for the TLD. Third party beneficiary rights of the Registry Operator shall survive any termination of this Agreement.

*Variable and Non-Uniform Pricing.* You acknowledge, understand and agree that certain domain names in certain TLDs are established by Registry Policies to be variably priced (i.e., standard v. premium names) and/or may have non-uniform

renewal registration pricing (such that the Fee for a domain name registration renewal may differ from other domain names in the same TLD, e.g., renewal registration for one domain may be $100.00 and $33.00 for a different domain name).

*Restriction on Availability of Privacy or Proxy.* You acknowledge and agree that, as dictated by the Registry Policies, for certain TLDs you may not be permitted to purchase private or proxy TLD registrations. In such case, you must register for any and all TLD registrations using your personal information, which information you represent and warrant is current, accurate and complete.

# 13. PROVISIONS SPECIFIC TO .BIZ REGISTRATIONS

*Domain Name Dispute Policy.* If you reserved or registered a .BIZ domain name through us, in addition to our Dispute Resolution Policy, you hereby acknowledge that you have read and understood and agree to be bound by the terms and conditions of the Restrictions Dispute Resolution Policy applicable to the .biz TLD.

The RDRP sets forth the terms under which any allegation that a domain name is not used primarily for business or commercial purposes shall be enforced on a case-by-case basis by an independent ICANN-accredited dispute provider. Registry Operator will not review, monitor, or otherwise verify that any particular domain name is being used primarily for business or commercial purposes or that a domain name is being used in compliance with the SUDRP or UDRP processes.

*One Year Registration.* If you are registering a .BIZ domain name and you elect to take advantage of special pricing applicable to one-year registrations, we will automatically renew your domain name for an additional one-year period at the end of the first year term by taking payment from the Payment Method you have on file, unless you notify us that you do not wish to renew. You will be notified and given the opportunity to accept or decline the one-year renewal prior to your domain name expiration date. In the event you decide not to renew your one-year .BIZ domain name for a second year, your domain name registration will automatically revert back to us and we will gain full rights of registration to such domain name. You agree that if you delete or transfer your .BIZ domain name during the first year, you will automatically be charged the second year renewal fees.

# 14. PROVISIONS SPECIFIC TO .INFO REGISTRATIONS

*One Year Registration.* If you are registering a .INFO domain name and you elect to take advantage of special pricing applicable to one-year registrations, we will automatically renew your domain name for an additional one-year period at the end of the first year term by taking payment from the Payment Method you have on file, unless you notify us that you do not wish to renew. You will be notified and given the opportunity to accept or decline the one-year renewal prior to your domain name expiration date. In the event you decide not to renew your one-year .INFO domain name for a second year, your domain name registration will automatically revert back to us and we will gain full rights of registration to such domain name. You agree that if you delete or transfer your .INFO domain name during the first year, you will automatically be charged the second year renewal fees.

# 15. PROVISIONS SPECIFIC TO .MOBI REGISTRATIONS

*Instant Mobilizer.* You are hereby granted a personal, revocable, non-exclusive,

non-transferable, non-assignable, non-sublicensable license to use the Instant Mobilizer service ("Service"), provided, however, You abide by the terms and conditions set forth. You shall not alter, modify, adapt or translate the whole or part of the Service in any way whatsoever. You may not create derivative works based on the Service. You may not rent, lease, assign, dispose of, novate, sub-license or otherwise transfer any of its rights to use the Service to any third party. In the event that the volume of traffic to You from Your use of the Service is sufficient so as to jeopardize the provision of Service for other end users, we and our licensors reserve the right to, at its sole discretion, permanently or temporarily, discontinue Your use of the Service. For the avoidance of doubt, the volume of traffic generated by You should not exceed two thousand (2,000) page views per day. You acknowledge and agree the text "Instant Mobilizer from dotMobi" or equivalent, will be inserted at the footer of Your site. In the event a dotMobi domain to which the Service is being provided is transferred to another domain name registrar, the Service will be interrupted on that dotMobi domain, and Service will not be restored if the new registrar does not offer the Service.

## 16. PROVISIONS SPECIFIC TO .NAME REGISTRATIONS

_Defensive Registration_. A Defensive Registration is a registration designed for the protection of trademarks and service marks and may be granted to prevent a third party from registering a variation of a trademark or the exact trademark. If the name you wish to register is subject to a Defensive Registration, you have three (3) options: (i) you may register a variation of the name, (ii) you may challenge the Defensive Registration under the Eligibility Requirements Dispute Resolution Policy, or (iii) you may request Consent from the Defensive Registrant. You can request Consent by contacting the Defensive Registrant listed in the GNR Whois database and requesting consent to register the .NAME domain name. If the Defensive Registrant grants consent, they must confirm in writing that they grant consent. If the Defensive Registrant does not grant consent, you may wish to challenge the Defensive Registration under the ERDRP.

_Acceptable Use Policy_. You agree to be bound by the .NAME Acceptable Use Policy, which is hereby incorporated by reference. Among other limitations, this policy prohibits you from using your .NAME Email to engage in Spamming activities. You will be limited to a maximum of five hundred (500) messages sent from your .NAME at a time.

## 17. PROVISIONS SPECIFIC TO .REISE REGISTRATIONS

Domain Names registered in .REISE should be used for purposes dedicated to travel topics within six months following initial Registration, e.g. utilized on the Internet or otherwise used to perform a function.

## 18. PROVISIONS SPECIFIC TO .SEXY REGISTRATIONS

You shall not permit content unsuitable for viewing by a minor to be viewed from the main or top-level directory of a .SEXY domain name. For purposes of clarity, content viewed at the main or top-level directory of a .SEXY domain name is the content immediately visible if a user navigates to http://example.sexy or http://www.example.sexy. No restrictions apply to the content at any other page or subdirectory addressed by a .SEXY Registered Name.

## 19. OTHER COUNTRY CODE TOP LEVEL DOMAINS

You represent and warrant that you meet the eligibility requirements of each

ccTLD you apply for. You further agree to be bound by any registry rules, policies, and agreements for that particular ccTLD. These may include, but are not limited to, agreeing to indemnify the ccTLD provider, limiting the liability of the ccTLD provider, and requirements that any disputes be resolved under that particular country's laws.

## 20. PROVISIONS SPECIFIC TO .CA REGISTRATIONS

You acknowledge and agree that registration of your selected domain name in your first application to CIRA shall not be effective until you have entered into and agreed to be bound by CIRA's Registrant Agreement.

*CIRA Certified Registrar.* The registrar shall immediately give notice to you in the event that it is no longer a CIRA Certified Registrar, has had its certification as a CIRA Certified Registrar suspended or terminated, or the Registrar Agreement between CIRA and the Registrar is terminated or expires. CIRA may post notice of such suspension, termination, or expiry on its website and may, if CIRA deems appropriate, give notice to the registrants thereof. In the event that the registrar is no longer a CIRA Certified Registrar, has had its certification as a CIRA Certified Registrar suspended or terminated or in the event the Registrar Agreement between CIRA and the Registrar is terminated or expires, you shall be responsible for changing your Registrar of Record to a new CIRA Certified Registrar within thirty (30) days of the earlier of notice thereof being given to you by (i) the Registrar or (ii) CIRA in accordance with CIRA's then current Registry PRP; provided, however, that if any of your domain name registrations are scheduled to expire within thirty (30) days of the giving of such notice, then you shall have thirty (30) days from the anniversary date of the registration(s), to register with a new CIRA certified registrar and to renew such domain name registration(s) in accordance with the Registry PRP.

You acknowledge and agree that should there be insufficient funds prepaid by the registrar in the CIRA Deposit Account to be applied in payment of any fees, CIRA may in its sole discretion stop accepting applications for domain name registrations from the registrar, stop effecting registrations of domain names and transfers, renewals, modifications, and cancellations requested by the registrar and stop performing other billable transactions requested by the registrar not paid in full and CIRA may terminate the Registrar Agreement between CIRA and the Registrar.

*.CA ASCII and IDN domain variants* are bundled and reserved for a single registrant. Registrants are not required to register all variants in a bundle, but all registered variants must be registered and managed at a single registrar. Each variant registered will incur a registration fee. In addition, when registering multiple .CA domain (ASCII and IDN) variants in a bundle, your registrant information **must be identical**. If variants are registered at other registrars or if registrant information does not match, it may result in an "unavailable" search result, delayed or failed registration. If information does not match, validation is required and may take up to seven business days and delay availability of domain.

## 21. PROVISIONS SPECIFIC TO .JP REGISTRATIONS

*Registration Restrictions.* You represent and warrant that you have a local presence in Japan with a home or office address. You agree that certain domain names are reserved and can only be registered by certain parties. These include: (i) TLDs, other than ccTLDs, as determined by ICANN; (ii) geographical-type .JP domain names that are defined as metropolitan, prefectural, and municipal labels; (iii) names of primary and secondary

educational organizations; (iv) names of organizations related to Internet management; (v) names required for .JP domain name operations; and (vi) character strings which may be confused with ASCII-converted Japanese domain names. The complete list of .JP Reserved Domains is available here.

Revised: 24/11/2015
Copyright © 2000-2015 GoDaddy.com, LLC All Rights Reserved.

# EXHIBIT E

# RANDAZZA WEBSITE

# RANDAZZA
## LEGAL GROUP

- Home
- About
- Team
- Practice Areas
- News & Media
- Offices

# MARC J. RANDAZZA, Partner

- Home
- /
- MARC J. RANDAZZA, Partner

**Education**

B.A. – University of Massachusetts
(Journalism)

M.A.M.C. – University of Florida
Master of Arts in Mass
Communication Law

Juris Doctor – Georgetown University
Law Center

LL.M. in International Intellectual
Property Law – Università degli
Studi di Torino







# Peer Review Rated
## For Ethical Standards & Legal Ability™

# PREEMINENT™

## Martindale-Hubbell®
## from LexisNexis®

-

Mr. Randazza is rated as AV Preeminent® in Constitutional Law, Intellectual Property Law, and Litigation.



Marc J. Randazza is the managing partner of the firm and splits his time between the Las Vegas and Miami offices. He is a nationally-known First Amendment and intellectual property attorney, and handles litigation and transactional matters nationwide.

-

Randazza's First Amendment calling came to him at the University of Massachusetts, at Amherst, where he studied Journalism, but focused most of his studies on First Amendment legal issues.

-

After college, he worked as a journalist in Washington, DC, and Rome and Palermo, Italy, with sojourns on fishing vessels in Alaska, and oil tankers, tugboats, and freighters in the Caribbean and South Florida.

-

After his journalist and mariner days, he attended Georgetown University Law Center, where he earned his Juris Doctor degree, and where he spent time clerking for the Supreme Court of Vermont and for Rydin Carlsten Advokatbyrå, a Stockholm-based intellectual property law firm.

-

Immediately following law school, Marc received a fellowship from the Brechner Center for Freedom of Information at the University of Florida, where he spent two years conducting in-depth research, publishing, and lecturing on First Amendment and intellectual property law issues.

-

Following his fellowship, Randazza established a career focused on First Amendment and Internet law.

-

His practice includes representation of defendants in SLAPP actions, protestors, and other free speech

cases as well as intellectual property litigation and transactions. His practice includes representation of Internet businesses with Section 230 protection, adult entertainment businesses, and other businesses and individuals in intellectual property and free speech matters. Randazza was honored by Vegas, Inc. as one of Southern Nevada's best attorneys for lawsuits and disputes.

-

Randazza formerly taught First Amendment Law, Entertainment Law, Trademark Law, and Copyright Law at Barry University School of Law in Orlando, Florida. He is a frequent panelist at legal conferences focused on these issues. He is often asked for commentary in the mainstream media, and has frequently appeared on national television news shows, offering commentary on First Amendment legal issues.

-

Randazza is an officer of the First Amendment Lawyers' Association. He is licensed to practice law in Nevada, California, Massachusetts, Arizona, Florida, all federal courts in those states, multiple federal appellate courts, and before the United States supreme court. He is also a Registered Trademark Agent with the Canadian Trademark Office.

-

-

**Bar Licenses**
United States Supreme Court
Massachusetts Bar
Nevada Bar
California Bar
Arizona Bar
Florida Bar
All Massachusetts Federal Courts
All Nevada Federal Courts
All California Federal Courts

-
All Arizona Federal Courts
All Florida Federal Courts
All Colorado Federal Courts
U.S. District Court for the Eastern District of Michigan
U.S. District Court for the Northern District of Texas
U.S. District Court for the Northern District of Ohio
1st, 6th, 7th, 9th, 10th, and 11th Circuit Courts of Appeal
Court of Appeals for the Federal Circuit
Canadian Trademark Office – Registered Trademark Agent

# SIGN UP FOR NEWSLETTER

Stay in touch with latest news from our website. Enter your email address below and start receiveing our newsletter.

Type your email here...    )

## Offices

### LAS VEGAS
3625 S Town Center Dr
Las Vegas, NV 89135
702.420.2001

### MIAMI

2 S. Biscayne Blvd
Ste 2600
Miami, FL 33131
305.791.2891

### PHILADELPHIA
2424 E York St
Ste 316
Philadelphia, PA 19125
215.385.LAW1 (5291)

### SAN FRANCISCO
345 Grove St
San Francisco, CA 94102
415.404.6615

## Contact Info

**Toll Free::** 888 / 667 - 1113
**Fax:** 305 / 437 - 7662
Email: info@randazza.com

## Search Our Site

Search 

- Home
- Team
- FIRST AMENDMENT LAW
- Terms of Use / Privacy

© 2015 Randazza Legal Group, PLLC. All rights reserved.