# EXHIBIT A

Special Master Invoice
#1330885

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Clerk of Court - United States District
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Please reference **Invoice #1330885**
when remitting payment.

August 23, 2016

For professional services rendered through
August 23, 2016 in connection with the following—

**Re: Special Master**
Client/Matter #155504/00001
Billing Attorney: Richard A Walawender

---

| | |
|---|---:|
| FEES BILLED THIS INVOICE........................................................ | $ 29,625.00 |
| COSTS BILLED THIS INVOICE...................................................... | $ 0.00 |
| **TOTAL AMOUNT DUE**............................................................... | **$ 29,625.00** |

PAYMENT OPTIONS:

**CHECK** — Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**US WIRE TRANSFER** — Comerica Bank ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account: 1840-09284-3

If wiring funds, please send payment information to accounting@millercanfield.com
**To confirm wire information contact our Treasury Manager at (313) 496-8432**

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Clerk of Court - United States District
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118
United States of America

Please reference **Invoice #1330885**
when remitting payment.

August 23, 2016

For professional services rendered through
August 23, 2016 in connection with the following—

**Re: Special Master**
Client/Matter #155504/00001
Billing Attorney: Richard A Walawender

# FEES

| Date | Timekeeper/Description | Hours | Amount |
|---|---|---|---|
| 07/18/16 | *Justyna Regan* <br> Reviewing the briefs submitted by both parties | 2.00 | 600.00 |
| 07/20/16 | *Justyna Regan* <br> Reviewing the briefs submitted by both parties | 8.00 | 2,400.00 |
| 07/25/16 | *Justyna Regan* <br> Reviewing the briefs, researching the Polish law | 4.00 | 1,200.00 |
| 07/26/16 | *Justyna Regan* <br> Working on the report, researching the Polish law | 4.00 | 1,200.00 |
| 07/27/16 | *Justyna Regan* <br> Working on the report, researching the Polish law | 3.00 | 900.00 |
| 07/29/16 | *Justyna Regan* <br> Correspondence with the parties, working on the report, researching the Polish law | 6.90 | 2,070.00 |
| 08/01/16 | *Justyna Regan* <br> Conference call with the parties, reviewing the declarations and additional correspondence, drafting the order | 2.60 | 780.00 |

| Date | Timekeeper/Description | Hours | Amount |
|---|---|---|---|
| 08/02/16 | *Justyna Regan*<br>Correspondence on the outstanding fee, working on the report | 1.00 | 300.00 |
| 08/05/16 | *Justyna Regan*<br>Working on the report, researching the Polish law | 5.00 | 1,500.00 |
| 08/08/16 | *Justyna Regan*<br>Working on the report | 5.00 | 1,500.00 |
| 08/09/16 | *Justyna Regan*<br>Working on the report | 5.00 | 1,500.00 |
| 08/10/16 | *Manuel Placencia*<br>Conference with J. Regan regarding legal research needed for opinion as to discovery dispute between parties. Follow-up conference with J. Regan regarding same. | 1.80 | 675.00 |
| 08/10/16 | *Justyna Regan*<br>Working on the report | 6.00 | 1,800.00 |
| 08/11/16 | *Justyna Regan*<br>Working on the report | 2.00 | 600.00 |
| 08/12/16 | *Justyna Regan*<br>Working on the report | 4.50 | 1,350.00 |
| 08/17/16 | *Manuel Placencia*<br>Legal research regarding case law addressing objections raised by Defendant Wanat in preparation for Special Master's opinion as to motion to compel and motion for protective order. | 1.60 | 600.00 |
| 08/17/16 | *Justyna Regan*<br>Working on the report | 5.00 | 1,500.00 |
| 08/18/16 | *Manuel Placencia*<br>Conference with J. Regan regarding Order of Special Master as to discovery disputes raised by Motion to Compel and Motion for Protective Order. Legal research regarding same. | 5.60 | 2,100.00 |
| 08/18/16 | *Justyna Regan*<br>Working on the report | 8.00 | 2,400.00 |
| 08/19/16 | *Manuel Placencia*<br>Conference with J. Regan regarding outstanding issues to be addressed by Order of Special Master. | 6.00 | 2,250.00 |
| 08/19/16 | *Justyna Regan*<br>Working on the report | 8.00 | 2,400.00 |

**FEES DUE THIS MATTER**.................................................  $ 29,625.00

**TOTAL DUE FOR INVOICE #1330885**............................  $ 29,625.00