Marc J. Randazza, AZ Bar No. 27861
Ronald D. Green, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: (702) 420-2001
Fax: (305) 437-7662
ecf@randazza.com

*Attorneys for Plaintiff,
AMA Multimedia, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARCIN WANAT, a Foreign Citizen; MACIEJ MADON, a Foreign Citizen; MW MEDIA, a Foreign Corporation; John Does 1-25; and Roe Corporations 26-50,<br><br>Defendants. | Case No. CV-15-01674-PHX-ROS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR AWARD OF NON-TAXABLE COSTS**<br><br>**(First Request)** |

Plaintiff AMA Multimedia, LLC ("Plaintiff"), and Defendant Marcin Wanat ("Defendant"), by and through their counsel of record, hereby stipulate to extend the date by which Plaintiff may file its response to Defendant's Motion for Award of Non-Taxable Costs (Dkt. No. 122) by one week.  Plaintiff's Response is currently due on January 9, 2018, and the Parties hereto stipulate to extend this date until January 16, 2018.  In support hereof, the Parties say:

1.	On December 26, 2017, Defendant Marcin Wanat filed his Motion for Award of Non-Taxable Costs (Dkt. No. 122) ("Defendant's Motion").

2.	Pursuant to LRCiv 7.2, any response to such a motion is due 14 days after filing of the motion, which would require Plaintiff to file its response on or before January 9, 2018.

3.	Due to pre-existing holiday travel plans, and a need to further research the facts and law at issue in Defendant's Motion, Plaintiff requires additional time in which to sufficiently prepare and file its response to Defendant's Motion.

4.	The Parties stipulate that Plaintiff's Response to Defendant's Motion shall be due on January 16, 2018. Defendant's Reply shall be due on January 23, 2018.

**IT IS SO STIPULATED.**

Dated January 5, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Jakub P. Medrala | /s/ Ronald D. Green |
| Jakub P. Medrala, *pro hac vice* <br> THE MEDRALA LAW FIRM, PLLC <br> 1091 S. Cimarron Road, Suite #A-1 <br> Las Vegas, Nevada 89145 <br> Tel: (702) 475-8884 <br> Fax: (702) 938-8625 <br> jmedrala@medralaw.com <br><br> *Attorneys for Defendant* <br> *Marcin Wanat* | Marc J. Randazza, AZ Bar No. 27861 <br> Ronald D. Green, *pro hac vice* <br> RANDAZZA LEGAL GROUP, PLLC <br> 4035 S. El Capitan Way <br> Las Vegas, NV 89147 <br> Tel: (702) 420-2001 <br> Fax: (305) 437-7662 <br> ecf@randazza.com <br><br> *Attorneys for Plaintiff AMA* <br> *Multimedia, LLC* |